**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVID TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-1040-GMS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HARMONIC INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATED ORDER**

WHEREAS, on December 2, 2011, Defendant and Counterclaim Plaintiff Harmonic Inc. ("Harmonic") filed an answer and counterclaims, including counterclaims alleging infringement by Plaintiff and Counterclaim Defendant Avid Technology, Inc. ("Avid") of U.S. Patent Nos. 6,574,225 ("the '225 patent") and 6,665,675 ("the '675 patent") (Dkt. No. 9);

WHEREAS, on December 23, 2011, Avid filed an answer and counterclaims in response to Harmonic's counterclaims, including counterclaims of declaratory judgment of noninfringement and invalidity of the '225 and '675 patents;

WHEREAS, Harmonic has decided not to pursue its claims of infringement by Avid of the '225 and '675 patents;

IT IS HEREBY STIPULATED and agreed, subject to the approval and order of the Court, that Harmonic's Fifth and Sixth Counterclaims and Avid's First, Second, Third, and Fourth Counterclaims in the above action relating to the '225 and '675 patents are dismissed without prejudice.  Avid and Harmonic each shall bear its own costs.

-2-

| SHAW KELLER LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ John W. Shaw* | */s/ David E. Moore* |
| John W. Shaw (No. 3362) | David E. Moore (#3983) |
| Karen E. Keller (No. 4489) | Suzanne Hill Holly (#4414) |
| 300 Delaware Avenue, Suite 1120 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| Tel : (302) 476-2050 | Wilmington, DE 19801 |
| jshaw@shawkeller.com | Tel: (302) 984-6000 |
| kkeller@shawkeller.com | dmoore@potteranderson.com |
| | sholly@potteranderson.com |
| OF COUNSEL: | |
| | OF COUNSEL: |
| Scott S. Balber | |
| Robert A. Schwinger | James C. Yoon |
| Paul J. Tanck | Stefani E. Shanberg |
| CHADBOURNE & PARKE LLP | Robin L. Brewer |
| 30 Rockefeller Plaza | WILSON SONSINI GOODRICH & ROSATI |
| New York, NY 10112 | Professional Corporation |
| Tel.: (212) 408-5100 | 650 Page Mill Road |
| sbalber@chadbourne.com | Palo Alto, California 94304-1050 |
| rschwinger@chadbourne.com | Tel: (650) 565-3645 |
| ptanck@chadbourne.com | jyoon@wsgr.com |
| | sshanberg@wsgr.com |
| David H. Evans | rbrewer@wsgr.com |
| CHADBOURNE & PARKE LLP | |
| 1200 New Hampshire Ave., NW | **COUNSEL FOR DEFENDANT HARMONIC INC.** |
| Washington, DC 20036 | |
| Tel.: (202) 974-5600 | |
| devans@chadbourne.com | |
| | |
| **COUNSEL FOR PLAINTIFF** | |
| **AVID TECHNOLOGY, INC.** | |

SO ORDERED, this _____ day of _____, 2012.

_____
United States District Judge

1054389/38568