IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 5, 2012, the following documents were served on the persons listed below in the manner indicated:

1. Plaintiff Avid Technology, Inc.'s First Set of Requests For The Production Of Documents And Things

2. Plaintiff Avid Technology, Inc.'s First Set Of Interrogatories

ADDITIONALLY, on April 6, 2012, the following documents were served on the persons listed below in the manner indicated:

1. Notice of Deposition of Nimrod Ben-Natan

2. Notice of Deposition of Mark Carrington

PLEASE TAKE FURTHER NOTICE that on April 11, 2012, the following document was served on the persons listed below in the manner indicated:

1. Plaintiff Avid Technology, Inc.'s Disclosure of Accused Products, Asserted Patent Claims, File Histories of Asserted Patents, and Initial Claim Chart Infringement Contentions

**BY E-MAIL & USPS PRIORITY MAIL**
James C. Yoon
Stefani E. Shanberg
Robin L. Brewer

       WILSON SONSINI GOODRICH & ROSATI
       Professional Corporation
       650 Page Mill Road
       Palo Alto, CA 94304
       (650) 565-3645
       jyoon@wsgr.com
       sshanberg@wsgr.com
       rbrewer@wsgr.com

       David E. Moore
       Suzanne Hill Holly
       POTTER ANDERSON & CORROON LLP
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, DE 19801

                                                             SHAW KELLER LLP

OF COUNSEL:                                 */s/ John W. Shaw*
John M. Hintz                                  John W. Shaw (No. 3362)
David H. Evans                               Karen E. Keller (No. 4489)
Paul J. Tanck                                    300 Delaware Avenue, Suite 1120
Robert A. Schwinger                 Wilmington, DE 19801
Scott S. Balber                              (302) 298-0700
CHADBOURNE & PARKE LLP       jshaw@shawkeller.com
30 Rockefeller Plaza                    kkeller@shawkeller.com
New York, NY 10112                  *Attorneys for Plaintiff Avid Technology, Inc.*
(212) 408-5100

Dated:  April 20, 2012