IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 11-1040-GMS |
| | ) |
| HARMONIC INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 18, 2012, the following document was served on the persons listed below in the manner indicated:

1. Plaintiff Avid Technology, Inc.'s Initial Disclosures

**BY E-MAIL**
James C. Yoon
Stefani E. Shanberg
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 565-3645
jyoon@wsgr.com
sshanberg@wsgr.com
rbrewer@wsgr.com

David E. Moore
Suzanne Hill Holly
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

| | |
|---|---|
| | SHAW KELLER LLP |
| | |
| | */s/ John W. Shaw* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Scott S. Balber | Karen E. Keller (No. 4489) |
| David H. Evans | 300 Delaware Avenue, Suite 1120 |
| Robert A. Schwinger | Wilmington, DE 19801 |
| Paul J. Tanck | (302) 298-0700 |
| CHADBOURNE & PARKE LLP | jshaw@shawkeller.com |
| 30 Rockefeller Plaza | kkeller@shawkeller.com |
| New York, NY  10112 | *Attorneys for Plaintiff Avid Technology, Inc.* |
| (212) 408-5100 | |

Dated:  April 26, 2012