IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-1040-GMS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HARMONIC INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Suzanne Hill Holly, formerly of Potter Anderson & Corroon LLP, hereby withdraws her appearance as counsel for Defendant and Counterclaimant, Harmonic Inc. ("Defendant"). All other attorneys involved in the case from Wilson Sonsini Goodrich & Rosati and Potter Anderson & Corroon LLP continue to represent Defendant/Counterclaimant.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James C. Yoon
Stefani E. Shanberg
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 565-3645

Dated: May 7, 2012
1056915 / 38568

By: _/s/ Suzanne Hill Holly_
David E. Moore (#3983)
Suzanne Hill Holly (#4414)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
sholly@potteranderson.com

*Attorneys for Defendant and Counterclaimaint Harmonic Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Suzanne Hill Holly, hereby certify that on May 7, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 7, 2012, the attached document was Electronically Mailed to the following person(s):

John W. Shaw
Karen E. Keller
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
kkeller@shawkeller.com

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
devans@chadbourne.com

By: /s/ Suzanne Hill Holly
David E. Moore
Suzanne Hill Holly
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
dmoore@potteranderson.com
sholly@potteranderson.com

1037642/38568