**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-1040-GMS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HARMONIC INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on May 7, 2012 upon the following attorneys of record at the following addresses as indicated:

DEFENDANT HARMONIC INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF AVID TECHNOLOGY, INC.'S FIRST SET OF INTERROGATORIES TO HARMONIC INC. **[CONFIDENTIAL-ATTORNEYS' EYES ONLY PURSUANT TO D. DEL. LR 26.2]**

DEFENDANT HARMONIC INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF AVID TECHNOLOGY, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO HARMONIC INC.

**VIA ELECTRONIC MAIL**

John W. Shaw
Karen E. Keller
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
SKAvid@shawkeller.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC  20036
devans@chadbourne.com

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com

                POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:   */s/ David E. Moore*

James C. Yoon                 David E. Moore (#3983)
Stefani E. Shanberg          Hercules Plaza, 6th Floor
Robin L. Brewer              1313 N. Market Street
WILSON SONSINI GOODRICH & ROSATI   Wilmington, DE  19801
Professional Corporation        Tel:  (302) 984-6000
650 Page Mill Road           dmoore@potteranderson.com
Palo Alto, California  94304-1050
Tel:  (650) 565-3645         *Attorneys for Defendant Harmonic Inc.*

Dated:  May 8, 2012
1058339 / 38568

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 8, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 8, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>SKAvid@shawkeller.com | David Howard Evans<br>Chadbourne & Parke LLP<br>1200 New Hampshire Avenue, NW<br>Washington, DC  20036<br>devans@chadbourne.com |

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com

By:  */s/ David E. Moore*
  David E. Moore
  POTTER ANDERSON & CORROON LLP
  Tel:  (302) 984-6000
  dmoore@potteranderson.com

1037642/38568