IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 11-1040 GMS-SRF |
| HARMONIC, INC., | : |
| Defendant. | : |

## ORDER OF REFERENCE

At Wilmington this _8th_ day of May, 2012, pursuant to 28 U.S.C. § 636(b);

IT IS ORDERED that the above captioned case is hereby referred to Magistrate Judge Sherry R. Fallon. Judge Fallon shall conduct all proceedings related to discovery disputes, alternate dispute resolution, and dispositive and nondispositive motions, excluding claim construction, up to the pretrial conference. The above caption shall be used in all subsequent filings in this case.

_____
CHIEF, UNITED STATES DISTRICT JUDGE