**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-1040-GMS |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on May 16, 2012 upon the following attorneys of record at the following addresses as indicated:

DEFENDANT HARMONIC INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF AVID TECHNOLOGY, INC. (Nos. 1-12)

DEFENDANT HARMONIC INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF AVID TECHNOLOGY, INC. (Nos. 1-109)

**VIA ELECTRONIC MAIL**

John W. Shaw
Karen E. Keller
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
SKAvid@shawkeller.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC  20036
devans@chadbourne.com

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James C. Yoon
Stefani E. Shanberg
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Tel:  (650) 565-3645

By:   */s/ David E. Moore*_____
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     dmoore@potteranderson.com

*Attorneys for Defendant Harmonic Inc.*

Dated:  May 16, 2012
1059608 / 38568

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 16, 2012, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on May 16, 2012, the attached document was Electronically Mailed

to the following person(s):

John W. Shaw                           David Howard Evans
Karen E. Keller                        Chadbourne & Parke LLP
Shaw Keller LLP                        1200 New Hampshire Avenue, NW
300 Delaware Avenue, Suite 1120        Washington, DC  20036
Wilmington, DE 19801                   devans@chadbourne.com
SKAvid@shawkeller.com

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com


By:     /s/ David E. Moore
        David E. Moore
        POTTER ANDERSON & CORROON LLP
        Tel:  (302) 984-6000
        dmoore@potteranderson.com

1037642/38568