IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION [AND PROPOSED ORDER] FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

Avid Technology, Inc. respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding discovery matters.

In light of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order Regarding Discovery Matters during a teleconference on May 29, 2012, at 2:00 PM with counsel for Plaintiff Avid Technology, Inc. to initiate the call.

|  |  |
|---|---|
|  | SHAW KELLER LLP |
| OF COUNSEL: | /s/ *Andrew E. Russell* |
| David Evans | John W. Shaw (No. 3362) |
| Scott S. Balber | Karen E. Keller (No. 4489) |
| Robert A. Schwinger | Andrew E. Russell (No. 5382) |
| Paul J. Tanck | 300 Delaware Avenue, Suite 1120 |
| CHADBOURNE & PARKE LLP | Wilmington, DE 19801 |
| 30 Rockefeller Plaza | (302) 298-0700 |
| New York, NY 10112 | jshaw@shawkeller.com |
| (212) 408-5100 | kkeller@shawkeller.com |
|  | arussell@shawkeller.com |
|  |  |
|  | *Attorneys for Plaintiff* |
| Dated:  May 22, 2012 | *Avid Technology, Inc.* |

SO ORDERED, this _____ day of _____, 2012

_____
United States District Judge