**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVID TECHNOLOGY INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this **22ⁿᵈ** day of **May, 2012**.

IT IS ORDERED that a teleconference has been scheduled for **May 29, 2012 at 2:00 p.m. Eastern Time** with Magistrate Judge Fallon to address a discovery matter. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4557.**

Counsel are reminded to follow the provisions set forth in the Court's Order posted at http://www.ded.uscourts.gov (see Chambers, Judge Fallon, Forms) . The initial letter(s) shall be due no later than **2:00 p.m., Thursday, May 24 , 2012.** The responsive letter(s) shall be due no later than **2:00 p.m., Friday, May 25, 2012 .** Courtesy copies shall be **Hand Delivered** to the Clerk's Office **within one hour of e-filing.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

IT IS FURTHER ORDERED that the Rule 16(b) conference originally scheduled in this matter for Tuesday, May 29, 2012 at 10:00 a.m. is hereby **RESCHEDULED** to **Tuesday, May 29, 2012 at 2:00 p.m.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE