**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVID TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-1040-GMS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HARMONIC INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on May 25, 2012 upon the following attorneys of record at the following addresses as indicated:

DEFENDANT HARMONIC INC.'S INITIAL DISCLOSURES

DEFENDANT HARMONIC INC.'S INVALIDITY CONTENTIONS

**VIA ELECTRONIC MAIL**

John W. Shaw
Karen E. Keller
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
SKAvid@shawkeller.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC  20036
devans@chadbourne.com

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| James C. Yoon<br>Stefani E. Shanberg<br>Robin L. Brewer<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California  94304-1050<br>Tel:  (650) 565-3645 | By:  */s/ David E. Moore*<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant Harmonic Inc.* |

Dated:  May 29, 2012
1061194 / 38568

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 29, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 29, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw | David Howard Evans |
| Karen E. Keller | Chadbourne & Parke LLP |
| Shaw Keller LLP | 1200 New Hampshire Avenue, NW |
| 300 Delaware Avenue, Suite 1120 | Washington, DC  20036 |
| Wilmington, DE 19801 | devans@chadbourne.com |
| SKAvid@shawkeller.com | |

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com

By:  */s/ David E. Moore*
David E. Moore
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
dmoore@potteranderson.com

1037642/38568