**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVID TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-1040-GMS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HARMONIC INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following documents were

caused to be served on May 29, 2012 upon the following attorneys of record at the following

addresses as indicated:

DEFENDANT HARMONIC INC.'S SUPPLEMENTAL RESPONSES AND
OBJECTIONS TO PLAINTIFF AVID TECHNOLOGY, INC.'S FIRST SET OF
INTERROGATORIES TO HARMONIC INC.

**VIA ELECTRONIC MAIL**

John W. Shaw
Karen E. Keller
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
SKAvid@shawkeller.com

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
devans@chadbourne.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:   */s/ David E. Moore*

James C. Yoon                                           David E. Moore (#3983)
Stefani E. Shanberg                                     Hercules Plaza, 6th Floor
Robin L. Brewer                                         1313 N. Market Street
WILSON SONSINI GOODRICH & ROSATI                        Wilmington, DE  19801
Professional Corporation                                Tel:  (302) 984-6000
650 Page Mill Road                                      dmoore@potteranderson.com
Palo Alto, California  94304-1050
Tel:  (650) 565-3645                                    *Attorneys for Defendant Harmonic Inc.*

Dated:  May 29, 2012
1061197 / 38568

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 29, 2012, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on May 29, 2012, the attached document was Electronically Mailed

to the following person(s):

John W. Shaw
Karen E. Keller
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
SKAvid@shawkeller.com

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC  20036
devans@chadbourne.com

By:   */s/ David E. Moore*
        David E. Moore
        POTTER ANDERSON & CORROON LLP
        Tel:  (302) 984-6000
        dmoore@potteranderson.com

1037642/38568