IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER</u>**

The parties hereby stipulate and agree, subject to approval of the Court, to the following amendment to paragraph 6 of the Scheduling Order (D.I. 34) in this action: The deadline to submit a proposed form of protective order shall be extended to June 21, 2012. All other deadlines shall remain the same.

| | |
|---|---|
| /s/ David E. Moore | /s/ Andrew E. Russell |
| David E. Moore (No. 3983) | John W. Shaw (No. 3362) |
| Jonathan Choa (No. 5319) | Karen E. Keller (No. 4489) |
| POTTER ANDERSON & CORROON LLP | Andrew E. Russell (No. 5382) |
| Hercules Plaza, 6th Floor | SHAW KELLER LLP |
| 1313 N. Market Street | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 298-0700 |
| dmoore@potteranderson.com | jshaw@shawkeller.com |
| sholly@potteranderson.com | kkeller@shawkeller.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Harmonic, Inc.* | *Avid Technology, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge