IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION AND PROPOSED ORDER FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

Avid Technology, Inc. and Harmonic, Inc. respectfully move this Court to schedule a

teleconference to address outstanding disputes regarding discovery matters.

In light of a previous communication with Chambers, the parties will provide

submissions and present their respective positions consistent with the Court's Order Regarding

Discovery Matters during a teleconference on June 28, 2012, at 3:30 PM with counsel for

Plaintiff Avid Technology, Inc. to initiate the call.

| | |
|---|---|
| */s/ David E. Moore* | */s/ Andrew E. Russell* |
| David E. Moore (No. 3983) | John W. Shaw (No. 3362) |
| Jonathan Choa (No. 5319) | Karen E. Keller (No. 4489) |
| POTTER ANDERSON & CORROON LLP | Andrew E. Russell (No. 5382) |
| Hercules Plaza, 6th Floor | SHAW KELLER LLP |
| 1313 N. Market Street | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 298-0700 |
| dmoore@potteranderson.com | jshaw@shawkeller.com |
| jchoa@potteranderson.com | kkeller@shawkeller.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Harmonic, Inc.* | *Avid Technology, Inc.* |

SO ORDERED, this _____ day of _____, 2012


_____
United States District Judge