**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVID TECHNOLOGY INC., | ) |
|        Plaintiff, | ) |
| v. | )   Civil Action No. 11-1040-GMS-SRF |
| HARMONIC INC., | ) |
|        Defendant. | ) |

## ORDER

At Wilmington this **22nd** day of **June, 2012**.

IT IS ORDERED that a teleconference has been scheduled for **June 28, 2012 at 3:30 p.m. Eastern Time** with Magistrate Judge Fallon to address a discovery matter. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4557.**

Counsel are reminded to follow the provisions set forth in the Court's Order dated June, 4, 2012. The initial letter(s) shall be due no later than **3:30 p.m., Tuesday, June 26 , 2012.** The responsive letter(s) shall be due no later than **3:30 p.m., Wednesday, June 27, 2012.** Courtesy copies shall be **Hand Delivered** to the Clerk's Office **within one hour of e-filing.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                            /s/ Sherry R. Fallon
                                            UNITED STATES MAGISTRATE JUDGE