IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1040-GMS-SRF |
| ) | |
| HARMONIC INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 8, 2012, the following document was served on the persons listed below in the manner indicated:

    1. Notice of Plaintiff's Subpoenas for Documents Directed to Audio Video Systems Inc., Bright House Networks, LLC, Communications Engineering, Inc., DISH Network L.L.C. f/k/a Echostar Satellite Corporation, and Echostar Purchasing Corporation f/k/a Echostar Holding Purchasing Corporation

**BY E-MAIL**

| | |
|---|---|
| James C. Yoon | David E. Moore |
| Stefani E. Shanberg | Jonathan Choa |
| Robin L. Brewer | POTTER ANDERSON & CORROON LLP |
| WILSON SONSINI GOODRICH & ROSATI | Hercules Plaza, 6th Floor |
| Professional Corporation | 1313 N. Market Street |
| 650 Page Mill Road | Wilmington, DE 19801 |
| Palo Alto, CA 94304 | dmoore@potteranderson.com |
| (650) 565-3645 | jchoa@potteranderson.com |
| jyoon@wsgr.com | |
| sshanberg@wsgr.com | |
| rbrewer@wsgr.com | |


        /s/ *Andrew E. Russell*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Plaintiff Avid Technology, Inc.*

OF COUNSEL:
Scott S. Balber
David H. Evans
Robert A. Schwinger
Paul J. Tanck
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
(212) 408-5100

Dated:  July 9, 2012