IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 10, 2012, the following document was served on the persons listed below in the manner indicated:

    1. Plaintiff's Proposed Terms for Claim Construction

**BY E-MAIL**
James C. Yoon
Stefani E. Shanberg
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 565-3645
jyoon@wsgr.com
sshanberg@wsgr.com
rbrewer@wsgr.com

David E. Moore
Jonathan A. Choa
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
jchoa@potteranderson.com

| | |
|---|---|
| OF COUNSEL:<br>Scott S. Balber<br>David H. Evans<br>Robert A. Schwinger<br>Paul J. Tanck<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>(212) 408-5100<br><br>Dated:  July 11, 2012 | */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>David M. Fry (No. 5486)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>arussell@shawkeller.com<br><br>*Attorneys for Plaintiff Avid Technology, Inc.* |