**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVID TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-1040-GMS |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HARMONIC INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following document were caused to be served on July 10, 2012 upon the following attorneys of record at the following addresses as indicated:

    DEFENDANT HARMONIC INC.'S PROPOSED TERMS AND CLAIM
    ELEMENTS FOR CONSTRUCTION

**VIA ELECTRONIC MAIL**

John W. Shaw
Karen E. Keller
Andrew Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
SKAvid@shawkeller.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC  20036
devans@chadbourne.com

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Michael S. Davi
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com
mdavi@chadbourne.com

2

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| James C. Yoon<br>Stefani E. Shanberg<br>Robin L. Brewer<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California  94304-1050<br>Tel:  (650) 565-3645 | By:  /s/ Jonathan A. Choa<br>David E. Moore (#3983)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>jchoa@potteranderson.com |
| Dated:  July 11, 2012<br>1066601 / 38568 | *Attorneys for Defendant Harmonic Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Jonathan A. Choa, hereby certify that on July 11, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 11, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Andrew Russell<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>SKAvid@shawkeller.com | David Howard Evans<br>Chadbourne & Parke LLP<br>1200 New Hampshire Avenue, NW<br>Washington, DC  20036<br>devans@chadbourne.com |
| Scott S. Balber<br>Robert A. Schwinger<br>Paul J. Tanck<br>Michael S. Davi<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>sbalber@chadbourne.com<br>rschwinger@chadbourne.com<br>ptanck@chadbourne.com<br>mdavi@chadbourne.com | |

        By:   */s/ Jonathan A. Choa*
               David E. Moore
               Jonathan A. Choa
               POTTER ANDERSON & CORROON LLP
               Tel:  (302) 984-6000
               dmoore@potteranderson.com
               jchoa@potteranderson.com

1037642/38568