**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-1040-GMS-SRF |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following document were

caused to be served on July 24, 2012 upon the following attorneys of record at the following

addresses as indicated:

>DEFENDANT HARMONIC INC.'S PRELIMINARY CLAIM
>CONSTRUCTIONS AND IDENTIFICATION OF EXTRINSIC EVIDENCE

**VIA ELECTRONIC MAIL**

John W. Shaw
Karen E. Keller
Andrew Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
SKAvid@shawkeller.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
devans@chadbourne.com

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Michael S. Davi
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com
mdavi@chadbourne.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:   /s/ Jonathan A. Choa

James C. Yoon                                          David E. Moore (#3983)
Stefani E. Shanberg                                    Jonathan A. Choa (#5319)
Robin L. Brewer                                        Hercules Plaza, 6th Floor
WILSON SONSINI GOODRICH & ROSATI                       1313 N. Market Street
Professional Corporation                               Wilmington, DE  19801
650 Page Mill Road                                     Tel:  (302) 984-6000
Palo Alto, California  94304-1050                      dmoore@potteranderson.com
Tel:  (650) 565-3645                                   jchoa@potteranderson.com

Dated:  July 25, 2012                                  *Attorneys for Defendant Harmonic Inc.*
1068430 / 38568

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**<u>CERTIFICATE OF SERVICE</u>**

I, Jonathan A. Choa, hereby certify that on July 25, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 25, 2012, the attached document was Electronically Mailed to the following person(s):

John W. Shaw
Karen E. Keller
Andrew Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
SKAvid@shawkeller.com

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Michael S. Davi
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com
mdavi@chadbourne.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
devans@chadbourne.com

By:   */s/ Jonathan A. Choa*
David E. Moore
Jonathan A. Choa
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
dmoore@potteranderson.com
jchoa@potteranderson.com

1037642/38568