IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1040-GMS-SRF |
| ) | |
| HARMONIC INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 26, 2012, the following document was served on the persons listed below in the manner indicated:

1. Plaintiff's Proposed Claim Constructions

**BY E-MAIL**
James C. Yoon
Stefani E. Shanberg
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 565-3645
jyoon@wsgr.com
sshanberg@wsgr.com
rbrewer@wsgr.com

David E. Moore
Jonathan A. Choa
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
jchoa@potteranderson.com

| | |
|---|---|
| OF COUNSEL: | */s/ Andrew E. Russell* |
| Scott S. Balber | John W. Shaw (No. 3362) |
| David H. Evans | Karen E. Keller (No. 4489) |
| Robert A. Schwinger | David M. Fry (No. 5486) |
| Paul J. Tanck | Andrew E. Russell (No. 5382) |
| CHADBOURNE & PARKE LLP | SHAW KELLER LLP |
| 30 Rockefeller Plaza | 300 Delaware Avenue, Suite 1120 |
| New York, NY  10112 | Wilmington, DE 19801 |
| (212) 408-5100 | (302) 298-0700 |
| | arussell@shawkeller.com |
| Dated:  July 26, 2012 | *Attorneys for Plaintiff Avid Technology, Inc.* |