IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1040-GMS-SRF |
| ) | |
| HARMONIC INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER**

The parties hereby stipulate and agree, subject to approval of the Court, to the following amendment to paragraph 14 of the Scheduling Order (D.I. 34) in this action: The deadline to submit a Joint Claim Construction Chart shall be extended to August 24, 2012. All other deadlines shall remain the same.

| | |
|---|---|
| */s/ David E. Moore* | */s/ Andrew E. Russell* |
| David E. Moore (No. 3983) | John W. Shaw (No. 3362) |
| Jonathan Choa (No. 5319) | Karen E. Keller (No. 4489) |
| POTTER ANDERSON & CORROON LLP | Andrew E. Russell (No. 5382) |
| Hercules Plaza, 6th Floor | SHAW KELLER LLP |
| 1313 N. Market Street | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 298-0700 |
| dmoore@potteranderson.com | jshaw@shawkeller.com |
| jchoa@potteranderson.com | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| *Attorneys for Defendant* | |
| *Harmonic, Inc.* | *Attorneys for Plaintiff* |
| | *Avid Technology, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2012.

_____
United States District Judge