IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER

The parties hereby stipulate and agree, subject to approval of the Court, to the following amendment to paragraph 14 of the Scheduling Order (D.I. 34) in this action: The deadline to submit a Joint Claim Construction Chart shall be extended to August 31, 2012. All other deadlines shall remain the same.

*/s/ David E. Moore*
David E. Moore (No. 3983)
Jonathan Choa (No. 5319)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant*
*Harmonic, Inc.*

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

*Attorneys for Plaintiff*
*Avid Technology, Inc.*

IT IS SO ORDERED this _____ day of _____, 2012.

_____
United States District Judge