IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |  | |
|---|---|---|---|
| AVID TECHNOLOGY, INC., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | C.A. No. 11-1040-GMS-SRF | |
| | ) | | |
| HARMONIC INC., | ) | **JURY TRIAL DEMANDED** | |
| | ) | | |
| Defendant. | ) | | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 14 of this Court's Scheduling Order dated June 4, 2012, Plaintiff Avid Technology, Inc. ("Avid") and Defendant Harmonic Inc. ("Harmonic") provide a Joint Claim Construction Chart, attached as Exhibit A, listing the claim terms in issue in this case, along with the parties' proposed constructions and supporting citations made only to the intrinsic evidence. Pursuant to the Court's Order, attached as Exhibit B is a copy of U.S. Patent No. 6,760,808 ("the '808 Patent"), and as Exhibit C a copy of U.S. Patent No. 7,487,309 ("the '309 Patent"). The parties have also included as Exhibit D a copy of the prosecution file history of the '808 Patent, and as Exhibit E a copy of the prosecution file history of the '309 Patent, to which the parties may have made citations by Bates number as intrinsic evidence supporting a proposed construction.

The parties will continue to meet and confer as to any remaining areas of disagreement with regard to claim construction, and will seek to further reduce the number of contested terms prior to claim construction briefing. Either party's proposal of constructions does not mean that the party contends that any of these terms should be given a meaning other than its ordinary

meaning, or that the party believes at this time that the meaning of any of these terms necessarily will be disputed by the parties. Furthermore, the parties submit their claim constructions without the benefit of complete discovery and, therefore, the parties reserve the right to alter their constructions based on further discovery and their continuing analyses. The parties stand ready to meet and confer further to narrow the disputes they present to the Court.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Daivd E. Moore* |
| John W. Shaw (No. 3362) | David E. Moore (No. 3983) |
| Karen E. Keller (No. 4489) | POTTER ANDERSON & CORROON LLP |
| Andrew E. Russell (No. 5382) | Hercules Plaza, 6th Floor |
| SHAW KELLER LLP | 1313 N. Market Street |
| 300 Delaware Avenue, Suite 1120 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 984-6000 |
| (302) 476-2050 | dmoore@potteranderson.com |
| jshaw@shawkeller.com | sholly@potteranderson.com |
| kkeller@shawkeller.com | *Attorneys for Defendant Harmonic, Inc.* |
| arussell@shawkeller.com | |
| *Attorneys for Plaintiff Avid Technology, Inc.* | |
| | OF COUNSEL: |
| OF COUNSEL: | James C. Yoon |
| Scott S. Balber | Stefani E. Shanberg |
| Robert A. Schwinger | Robin L. Brewer |
| Paul J. Tanck | WILSON SONSINI GOODRICH & ROSATI |
| CHADBOURNE & PARKE LLP | Professional Corporation |
| 30 Rockefeller Plaza | 650 Page Mill Road |
| New York, NY 10112 | Palo Alto, CA 94304 |
| (212) 408-5100 | (650) 493-9300 |
| | |
| David H. Evans | |
| CHADBOURNE & PARKE LLP | |
| 1200 New Hampshire Ave., NW | |
| Washington, DC 20036 | |
| (202) 974-5600 | |

Dated: August 31, 2012