IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## INTERIM STATUS REPORT

In accordance with the Scheduling Order, dated June 4, 2012 (D.I. 34), Plaintiff Avid Technology, Inc. ("Avid") and Defendant Harmonic Inc. ("Harmonic") submit this interim status report.

**I.  Case Background**

This is a patent infringement action involving U.S. Patent Nos. 6,760,808 and 7,487,309. Avid alleges that Harmonic infringes one or more claims of the patents-in-suit by, *inter alia*, making, using, offering for sale, and/or selling within the United States, and/or importing into the United States, at least the product identified as "Omenon MediaGrid." (D.1. 1 at 2-4.)  Among other defenses, Harmonic denies infringement and alleges that the patents-in-suit are invalid. (D.I. 9 at 2-5.)

**II.  Case History/Status**

*Pleadings, Scheduling Order, and Protective Order:*  Avid filed its Complaint on October 28, 2011. (D.I. 1.)  Harmonic filed its Answer and Counterclaims on December 12, 2011. (D.I. 9.)  Avid filed its Answer to Harmonic's Counterclaims and Counterclaims to Harmonic's Counterclaims on December 23, 2011. (D.I. 13.)  Harmonic filed its Answer to Avid's Counterclaims on January 17, 2012. (D.I. 14.)  The parties filed a stipulation dismissing

Harmonic's counterclaims alleging infringement by Avid of U.S. Patent Nos. 6,574,225, ("the '225 patent") and 6,665,675 ("the '675 patent"), and Avid's counterclaims of declaratory judgment of noninfringement and invalidity of the '225 and '675 patents. (D.I. 17.) This stipulation was "so ordered" by the Court on April 11, 2012. (D.I. 18.) The Court entered a Scheduling Order on June 4, 2012 (D.I. 34) and a Protective Order on June 29, 2012 (D.I. 43).

*Fact Discovery:* The parties have been engaged in fact discovery. Avid served its initial disclosures on April 18, 2012. (D.I. 21.) Harmonic served its initial disclosures on May 25, 2012. (D.I. 31.) Avid served interrogatories and requests for production on April 5, 2012 and July 2, 2012. (D.I. 20, 44.) Likewise, Harmonic served interrogatories and requests for production on May 16, 2012. (D.I. 25.) Avid has substantially completed its document production with the exception of emails. Harmonic expects to substantially complete its document production with the exception of emails by September 7, 2012. The parties are in the process of identifying custodians and search terms for email production pursuant to the protocol set forth in paragraph 1.c.iii of the Scheduling Order.

Avid served its first two deposition notices on April 6, 2012 (D.I. 20), and the first deposition took place on June 19, 2012. The parties are in the process of scheduling the remaining fact witness depositions. Fact discovery is scheduled to close on November 30, 2012.

*Claim Construction:* The parties have been engaged in claim construction. Pursuant to the Scheduling Order, the parties exchanged a list of those claim terms/phrases that they believe need construction on July 10, 2012. (D.I. 46, 47.) The parties exchanged their proposed claim constructions and identified extrinsic evidence for those terms/phrases on July 24, 2012. (D.I. 50, 51.) The parties met and conferred on the proposed claim constructions, which resulted in a narrowing of the number of terms/phrases in dispute and an agreement to continue working to narrow them in advance of claim construction briefing.

On August 31, 2012, the parties submitted a Joint Claim Construction Chart identifying for the Court the terms/phrases of the claims in issue, and included each party's proposed construction of the disputed claim language with citations only to the intrinsic evidence in support of their respective proposed constructions.  (D.I. 58.)  Pursuant to the Scheduling Order, initial briefs on claim construction issues are due December 6, 2012 and answering/responsive briefs are due on December 20, 2012.  Judge Sleet has not yet set a date for the claim construction hearing.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ David E. Moore* |
| John W. Shaw (No. 3362) | David E. Moore (No. 3983) |
| Karen E. Keller (No. 4489) | POTTER ANDERSON & CORROON LLP |
| Andrew E. Russell (No. 5382) | Hercules Plaza, 6th Floor |
| SHAW KELLER LLP | 1313 N. Market Street |
| 300 Delaware Avenue, Suite 1120 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 984-6000 |
| (302) 476-2050 | dmoore@potteranderson.com |
| jshaw@shawkeller.com | *Attorneys for Defendant Harmonic, Inc.* |
| kkeller@shawkeller.com | |
| arussell@shawkeller.com | OF COUNSEL: |
| *Attorneys for Plaintiff Avid Technology, Inc.* | James C. Yoon |
| | Stefani E. Shanberg |
| | Robin L. Brewer |
| OF COUNSEL: | WILSON SONSINI GOODRICH & ROSATI |
| Scott S. Balber | Professional Corporation |
| Robert A. Schwinger | 650 Page Mill Road |
| Paul J. Tanck | Palo Alto, CA 94304 |
| CHADBOURNE & PARKE LLP | (650) 493-9300 |
| 30 Rockefeller Plaza | |
| New York, NY 10112 | |
| (212) 408-5100 | |
| | |
| David H. Evans | |
| CHADBOURNE & PARKE LLP | |
| 1200 New Hampshire Ave., NW | |
| Washington, DC 20036 | |
| (202) 974-5600 | |

Dated: September 4, 2012