IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Michael S. Davi, Esquire and Tod M. Melgar, Esquire of Chadbourne & Parke

LLP, 30 Rockefeller Plaza, New York, NY, 10112, to represent the plaintiff, Avid Technology,

Inc., in this civil action. Pursuant to Standing Order for District Court Fund, the annual fee of

$25.00 per attorney has already been or will be submitted to the Clerk's Office upon the filing of

this motion.

SHAW KELLER LLP

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

Dated: September 5, 2012                    *Attorneys for Plaintiff Avid Technology, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and

am admitted, practicing and in good standing as a member of the Bar(s) of New York, and

pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct that occurs in the preparation or course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.  In accordance with Standing Order for District

Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the

Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office

upon the filing of this motion.


Dated:  September 4, 2012

_____
Michael S. Davi
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
212-408-5100
mdavi@chadbourne.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of New York and Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 4, 2012

Tod M. Melgar
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, NY 10112
212-408-5100
tmelgar@chadbourne.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion For Admission Pro Hac Vice of

Michael S. David and Tod M. Melgar, is GRANTED.


_____
United States District Judge

Dated: _____