## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-1040-GMS-SRF |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| HARMONIC INC., | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Jason M. Garr and  Matthew K. Sumida of WILSON SONSINI GOODRICH &

ROSATI, Professional Corporation, 650 Page Mill Road, Palo Alto, CA 94304 to represent

Defendant and Counterclaimant Harmonic Inc. in this matter.

POTTER ANDERSON & CORROON LLP


By:   /s/Bindu A. Palapura
     David E. Moore (#3983)
     Jonathan A. Choa (#5319)
     Bindu A. Palapura (#5370)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     dmoore@potteranderson.com
     jchoa@potteranderson.com
     bpalapura@potteranderson.com

Dated:  September 19, 2012
1075735 / 38568

*Attorneys for Defendant and Counterclaimant*
*Harmonic Inc.*


### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:  _____          _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐　　has been paid to the Clerk of the Court.

☒　　will be submitted to the Clerk's Office upon the filing of this motion.


Date:　September 19, 2012　　　　Signed:　*/s/ Jason M. Garr*

　　　　　　　　　　　　　　　　　　　　　　Jason M. Garr
　　　　　　　　　　　　　　　　　　　　　　WILSON SONSINI
　　　　　　　　　　　　　　　　　　　　　　GOODRICH & ROSATI
　　　　　　　　　　　　　　　　　　　　　　Professional Corporation
　　　　　　　　　　　　　　　　　　　　　　650 Page Mill Road
　　　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94304
　　　　　　　　　　　　　　　　　　　　　　Tel:  (650) 565-3645
　　　　　　　　　　　　　　　　　　　　　　jgarr@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐    has been paid to the Clerk of the Court.

☒    will be submitted to the Clerk's Office upon the filing of this motion.


Date:   September 19, 2012                Signed:   */s/ Matthew K. Sumida*
                                                    Matthew K. Sumida
                                                    WILSON SONSINI
                                                    GOODRICH & ROSATI
                                                    Professional Corporation
                                                    650 Page Mill Road
                                                    Palo Alto, CA 94304
                                                    Tel:  (650) 565-3645
                                                    msumida@wsgr.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Bindu A. Palapura, hereby certify that on September 19, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 19, 2012, the attached document was Electronically Mailed to the following person(s):

John W. Shaw
Karen E. Keller
Andrew Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
SKAvid@shawkeller.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
devans@chadbourne.com

Scott S. Balber
Robert A. Schwinger
Paul J. Tanck
Michael S. Davi
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
sbalber@chadbourne.com
rschwinger@chadbourne.com
ptanck@chadbourne.com
mdavi@chadbourne.com

By:   /s/ Bindu A. Palapura
David E. Moore
Jonathan A. Choa
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
dmoore@potteranderson.com
jchoa@potteranderson.com
bpalapura@potteranderson.com

1037642/38568