IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C.A. No. 11-1040-GMS-SRF |
| ) | |
| HARMONIC INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 5, 2012, the following documents were served on the persons listed below in the manner indicated:

1. Plaintiff Avid Technology Inc.'s Second Set of Interrogatories

2. Notice of Deposition of Harmonic Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) and for the Production of Documents Pursuant to Fed. R. Civ. P. 30(b)(2) and 34

3. Notice of Taking Depositions Upon Oral Examination of Lawrence Kaplan and Alex Mitaru

**BY E-MAIL**

James C. Yoon
Stefani E. Shanberg
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 565-3645
jyoon@wsgr.com
sshanberg@wsgr.com
rbrewer@wsgr.com

David E. Moore
Jonathan A. Choa
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
jchoa@potteranderson.com

|  | */s/ Karen E. Keller* |
|---|---|

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
*Attorneys for Plaintiff Avid Technology, Inc.*

OF COUNSEL:
Scott S. Balber
David H. Evans
Robert A. Schwinger
Paul J. Tanck
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
(212) 408-5100

Dated:  October 5, 2012

2