**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVID TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HARMONIC INC., )<br>)<br>Defendant. ) | C.A. No. 11-1040-GMS-SRF<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Harmonic Inc. ("Harmonic") will take the oral deposition of Ed Harper of Avid Technology, Inc. (65-75 Network Drive, Burlington, MA  01803) at the Courtyard Boston Woburn/Burlington, 240 Mishawum Road, Woburn, MA  01801 on the 8th day of November 2012, beginning at 9:00 a.m.

The deposition will be taken before an officer authorized to administer oaths and will be recorded stenographically. You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By: */s/ David E. Moore* |
| James C. Yoon | David E. Moore (#3983) |
| Jason M. Garr | Jonathan A. Choa (#5319) |
| Matthew K. Sumida | Bindu A. Palapura (#5370) |
| WILSON SONSINI GOODRICH & ROSATI | Hercules Plaza, 6th Floor |
| Professional Corporation | 1313 N. Market Street |
| 650 Page Mill Road | Wilmington, DE  19801 |
| Palo Alto, California  94304-1050 | Tel:  (302) 984-6000 |
| Tel:  (650) 565-3645 | dmoore@potteranderson.com |
|  | jchoa@potteranderson.com |
| Stefani E. Shanberg | bpalapura@potteranderson.com |
| Robin L. Brewer |  |
| WILSON SONSINI GOODRICH & ROSATI | *Attorneys for Defendant Harmonic Inc.* |
| Professional Corporation |  |
| One Market Plaza |  |
| Spear Tower, Suite 3300 |  |
| San Francisco, California  94105 |  |
| Tel:  (415) 947-2000 |  |

Dated:  November 6, 2012
1081926 / 38568

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 6, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 6, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Andrew Russell<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>SKAvid@shawkeller.com | Scott S. Balber<br>Robert A. Schwinger<br>Paul J. Tanck<br>Michael S. Davi<br>Tod M. Melgar<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>sbalber@chadbourne.com<br>rschwinger@chadbourne.com<br>ptanck@chadbourne.com<br>mdavi@chadbourne.com<br>tmelgar@chadbourne.com |
| David Howard Evans<br>Chadbourne & Parke LLP<br>1200 New Hampshire Avenue, NW<br>Washington, DC 20036<br>devans@chadbourne.com | |

By:  */s/ David E. Moore*
     David E. Moore
     Jonathan A. Choa
     Bindu A. Palapura
     POTTER ANDERSON & CORROON LLP
     Tel: (302) 984-6000
     dmoore@potteranderson.com
     jchoa@potteranderson.com
     bpalapura@potteranderson.com

1037642/38568