**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARMONIC INC., ) <br> ) <br> Defendant. ) | C.A. No. 11-1040-GMS-SRF <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Harmonic Inc. ("Harmonic") will take the oral deposition of Himanshu Sinha of Avid Technology, Inc. (65-75 Network Drive, Burlington, MA 01803) at the Courtyard Boston Woburn/Burlington, 240 Mishawum Road, Woburn, MA 01801 on the 9th day of November 2012, beginning at 9:00 a.m., or a time mutually agreed upon by the parties.

The deposition will be taken before an officer authorized to administer oaths and will be recorded stenographically. You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL:<br><br>James C. Yoon<br>Jason M. Garr<br>Matthew K. Sumida<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California  94304-1050<br>Tel:  (650) 565-3645<br><br>Stefani E. Shanberg<br>Robin L. Brewer<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>One Market Plaza<br>Spear Tower, Suite 3300<br>San Francisco, California  94105<br>Tel:  (415) 947-2000<br><br>Dated:  November 6, 2012<br>1081927 / 38568 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ David E. Moore*<br>David E. Moore (#3983)<br>Jonathan A. Choa (#5319)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>jchoa@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendant Harmonic Inc.* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 6, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 6, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Andrew Russell<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>SKAvid@shawkeller.com | Scott S. Balber<br>Robert A. Schwinger<br>Paul J. Tanck<br>Michael S. Davi<br>Tod M. Melgar<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>sbalber@chadbourne.com<br>rschwinger@chadbourne.com<br>ptanck@chadbourne.com<br>mdavi@chadbourne.com<br>tmelgar@chadbourne.com |

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036
devans@chadbourne.com

By: */s/ David E. Moore*
David E. Moore
Jonathan A. Choa
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
dmoore@potteranderson.com
jchoa@potteranderson.com
bpalapura@potteranderson.com

1037642/38568