IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL ADMITTED PRO HAC VICE

PLEASE TAKE NOTICE that Scott S. Balber, Esquire, of the law firm of Chadbourne & Park LLP, 30 Rockefeller Plaza, New York, NY, 10112 hereby withdraws his appearance on behalf of Plaintiff Avid Technology, Inc. Plaintiff continues to be represented by the law firms of Shaw Keller LLP and Chadbourne & Park LLP.

| | |
|---|---|
| OF COUNSEL: | */s/ Karen E. Keller* |
| Robert A. Schwinger | John W. Shaw (No. 3362) |
| Paul J. Tanck | Karen E. Keller (No. 4489) |
| CHADBOURNE & PARKE LLP | Andrew E. Russell (No. 5382) |
| 30 Rockefeller Plaza | SHAW KELLER LLP |
| New York, NY  10112 | 300 Delaware Avenue, Suite 1120 |
| (212) 408-5100 | Wilmington, DE 19801 |
| | (302) 298-0700 |
| David H. Evans | jshaw@shawkeller.com |
| CHADBOURNE & PARKE LLP | kkeller@shawkeller.com |
| 1200 New Hampshire Ave., NW | arussell@shawkeller.com |
| Washington, DC  20036 | |
| (202) 974-5600 | *Attorneys for Plaintiff Avid Technology, Inc.* |

Dated:  November 9, 2012