IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1040-GMS-SRF |
| ) | |
| HARMONIC INC., ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER

This ___ date of _____, 2012, pursuant to the Court's directive during the November 9, 2012 teleconference with the parties;

IT IS ORDERED that the Scheduling Order (D.I. 34) shall be amended as follows:

1. The date provided in paragraph 5(f) for completion of fact discovery is extended from November 30, 2012 to January 31, 2013.

2. The date provided in Paragraph 15 for submission of opening claim construction briefs is extended from December 6, 2012 to January 11, 2013.

3. The date provided in Paragraph 15 for submission of answering/responsive claim construction briefs is extended from December 20, 2012 to February 1, 2013.

4. The date provided in Paragraph 5(g) for service of opening expert reports is extended from January 10, 2013 to March 15, 2013.

5. The date provided in Paragraph 5(g) for service of rebuttal expert reports is extended from February 7, 2013 to April 15, 2013.

6. The date provided in Paragraph 5(g) for completion of expert discovery is extended from March 15, 2013 to May 10, 2013.

7. The date provided in Paragraph 13 for submission of case-dispositive motions is extended from April 12, 2013 to May 24, 2013.

8. All other deadlines shall remain the same. A chart reflecting these amendments is attached hereto as Exhibit A.

_____
UNITED STATES MAGISTRATE JUDGE