## EXHIBIT A

| EVENT | ORIGINAL DATE | AMENDED DATE |
| --- | --- | --- |
| Close of Fact Discovery | November 30, 2012 | January 31, 2013 |
| File Opening Claim Construction Briefs | December 6, 2012 | January 11, 2013 |
| File Answering Claim Construction Briefs | December 20, 2012 | February 1, 2013 |
| Serve Opening Expert Reports | January 10, 2013 | March 15, 2013 |
| Serve Rebuttal Expert Reports | February 7, 2013 | April 15, 2013 |
| Close of Expert Discovery | March 15, 2013 | May 10, 2013 |
| File Case-Dispositive Motions | April 12, 2013 | May 24, 2013 |