# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-1040-GMS-SRF |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HARMONIC INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on November 14, 2012, upon the following attorneys of record as indicated below:

DEFENDANT HARMONIC INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) AND PRODUCTION OF DOCUMENTS PURSUANT TO RULES 30(b)(2) AND 34

### VIA ELECTRONIC MAIL

John W. Shaw
Karen E. Keller
Andrew Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
SKAvid@shawkeller.com

Robert A. Schwinger
Paul J. Tanck
Michael S. Davi
Tod M. Melgar
Kamran Vakili
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
rschwinger@chadbourne.com
ptanck@chadbourne.com
mdavi@chadbourne.com
tmelgar@chadbourne.com
KVakili@chadbourne.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC  20036
devans@chadbourne.com

                              Respectfully submitted,

                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James C. Yoon
Jason M. Garr
Matthew K. Sumida
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Tel:  (650) 565-3645

Stefani E. Shanberg
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Tel:  (415) 947-2000

By:   */s/ David E. Moore*
      David E. Moore (#3983)
      Jonathan A. Choa (#5319)
      Bindu A. Palapura (#5370)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE  19801
      Tel:  (302) 984-6000
      dmoore@potteranderson.com
      jchoa@potteranderson.com
      bpalapura@potteranderson.com

*Attorneys for Defendant Harmonic Inc.*

Dated:  November 15, 2012
1083147 / 38568

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 15, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 15, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Andrew Russell<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>SKAvid@shawkeller.com | Robert A. Schwinger<br>Paul J. Tanck<br>Michael S. Davi<br>Tod M. Melgar<br>Kamran Vakili<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>rschwinger@chadbourne.com<br>ptanck@chadbourne.com<br>mdavi@chadbourne.com<br>tmelgar@chadbourne.com<br>KVakili@chadbourne.com |
| David Howard Evans<br>Chadbourne & Parke LLP<br>1200 New Hampshire Avenue, NW<br>Washington, DC  20036<br>devans@chadbourne.com | |

By:  */s/ David E. Moore*
David E. Moore
Jonathan A. Choa
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
dmoore@potteranderson.com
jchoa@potteranderson.com
bpalapura@potteranderson.com

1037642/38568