IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 31, 2012, the following documents were served on the persons listed below in the manner indicated:

1. Plaintiff Avid Technology, Inc.'s First Set of Requests for Admissions

2. Plaintiff Avid Technology, Inc.'s Third Set of Interrogatories

**BY E-MAIL**

| | |
|---|---|
| James C. Yoon | David E. Moore |
| Stefani E. Shanberg | Jonathan A. Choa |
| Robin L. Brewer | POTTER ANDERSON & CORROON LLP |
| WILSON SONSINI GOODRICH & ROSATI | Hercules Plaza, 6th Floor |
| Professional Corporation | 1313 N. Market Street |
| 650 Page Mill Road | Wilmington, DE 19801 |
| Palo Alto, CA 94304 | dmoore@potteranderson.com |
| (650) 565-3645 | jchoa@potteranderson.com |
| jyoon@wsgr.com | |
| sshanberg@wsgr.com | |
| rbrewer@wsgr.com | |

|  |  |
|---|---|
| OF COUNSEL:<br>Robert A. Schwinger<br>Tod M. Melgar<br>Michael S. Davi<br>Paul J. Tanck<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>(212) 408-5100<br><br>David H. Evans<br>CHADBOURNE & PARKE LLP<br>1200 New Hampshire Ave., NW<br>Washington, DC 20036<br>(202) 974-5600<br><br>Dated:  January 2, 2013 | */s/ David M. Fry*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>dfry@shawkeller.com<br>*Attorneys for Plaintiff Avid Technology, Inc.* |