IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER

The parties hereby stipulate and agree, subject to approval of the Court, to the following amendment to paragraph 15 of the Scheduling Order (D.I. 34) in this action: The deadline for submission of opening claim construction briefs is extended January 16, 2013. The concluding date for briefing and all other deadlines shall remain the same. The reason for the requested extension is to provide the parties additional time to meet and confer and to thereby narrow the issues requiring judicial attention.

| | |
|---|---|
| */s/ David E. Moore* | */s/ Andrew E. Russell* |
| David E. Moore (No. 3983) | John W. Shaw (No. 3362) |
| Jonathan Choa (No. 5319) | Andrew E. Russell (No. 5382) |
| Bindu A. Palapura (No. 5370) | SHAW KELLER LLP |
| POTTER ANDERSON & CORROON LLP | 300 Delaware Avenue, Suite 1120 |
| Hercules Plaza, 6th Floor | Wilmington, DE 19801 |
| 1313 N. Market Street | (302) 298-0700 |
| Wilmington, DE 19801 | jshaw@shawkeller.com |
| (302) 984-6000 | arussell@shawkeller.com |
| dmoore@potteranderson.com | *Attorneys for Plaintiff* |
| jchoa@potteranderson.com | *Avid Technology, Inc.* |
| bpalapura@potteranderson.com | |
| *Attorneys for Defendant* | |
| *Harmonic, Inc.* | |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge