IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## AMENDED JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 14 of this Court's Scheduling Order dated June 4, 2012, and following the Joint Claim Construction Chart dated August 31, 2012, Plaintiff Avid Technology, Inc. ("Avid") and Defendant Harmonic Inc. ("Harmonic") provide an Amended Joint Claim Construction Chart, attached as Exhibit A, identifying the terms agreed on by the parties, ten terms to be construed by the Court, and the terms that the parties dispute but are not briefing or asking the Court to construe at this time.  For the ten terms to be construed, Exhibit A includes the parties' proposed constructions and supporting citations made only to the intrinsic evidence. Pursuant to the Court's Order, attached as Exhibit B is a copy of U.S. Patent No. 6,760,808 ("the '808 Patent"), and as Exhibit C a copy of U.S. Patent No. 7,487,309 ("the '309 Patent").  The parties have also included as Exhibit D a copy of the prosecution file history of the '808 Patent, and as Exhibit E a copy of the prosecution file history of the '309 Patent, to which the parties may have made citations by Bates number as intrinsic evidence supporting a proposed construction.  The parties have further included as Exhibit F a copy of U.S. Patent No. 6,449,688 and as Exhibit G a copy of U.S. Patent No. 5,644,720 as evidence supporting a proposed

construction.

The parties submit their claim constructions without the benefit of complete discovery and, therefore, the parties reserve the right to alter their constructions based on further discovery and their continuing analyses.

| | |
|---|---|
| /s/ David M. Fry | /s/ David E. Moore |
| John W. Shaw (No. 3362) | David E. Moore (No. 3983) |
| Karen E. Keller (No. 4489) | Jonathan A. Choa (No. 5319) |
| Andrew E. Russell (No. 5382) | Bindu A. Palapura (No. 5370) |
| David M. Fry (No. 5486) | POTTER ANDERSON & CORROON LLP |
| SHAW KELLER LLP | Hercules Plaza, 6th Floor |
| 300 Delaware Avenue, Suite 1120 | 1313 N. Market Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 984-6000 |
| jshaw@shawkeller.com | dmoore@potteranderson.com |
| kkeller@shawkeller.com | jchoa@potteranderson.com |
| arussell@shawkeller.com | bpalapura@potteranderson.com |
| dfry@shawkeller.com | |
| | OF COUNSEL: |
| OF COUNSEL: | |
| | James C. Yoon |
| Scott S. Balber | Jason M. Garr |
| Robert A. Schwinger | Matthew K. Sumida |
| Paul J. Tanck | WILSON SONSINI GOODRICH & ROSATI |
| CHADBOURNE & PARKE LLP | Professional Corporation |
| 30 Rockefeller Plaza | 650 Page Mill Road |
| New York, NY 10112 | Palo Alto, California 94304-1050 |
| (212) 408-5100 | (650) 493-9300 |
| | |
| David H. Evans | Stefani E. Shanberg |
| CHADBOURNE & PARKE LLP | Robin L. Brewer |
| 1200 New Hampshire Ave., NW | WILSON SONSINI GOODRICH & ROSATI |
| Washington, DC 20036 | Professional Corporation |
| (202) 974-5600 | One Market Plaza |
| *Counsel for Plaintiff* | Spear Tower, Suite 3300 |
| *Avid Technology, Inc.* | San Francisco, California 94105 |
| | (415) 947-2000 |
| | *Counsel for Defendant Harmonic Inc.* |

Dated**:** January 11, 2013