# EXHIBIT A

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

**EXHIBIT A TO JOINT CLAIM CONSTRUCTION CHART**

| Agreed Constructions - U.S. Patent Nos. 6,760,808 and 7,487,309 | | |
|---|---|---|
| **Term** | **Agreed Construction** | **Relevant Claims** |
| "Selecting . . . independent of the storage units selected for other segments" | selecting at least two storage units for each segment (including redundancy information) without taking into consideration the storage units where other segments have been stored | '808: 19 |
| "Shortest estimated time for servicing the request" | the estimated time for servicing a request is lowest among all participating storage elements or devices | '808: 8 |
| "In response to a request, from an application executed on the computer" | in response to a request from software executed on the computer | '808: 6 and 18 |
| "Segment table" | a table mapping the segment identifier to the storage units where the segment is stored | '808: 4, 16, and 22<br><br>'309: 2, 3, 17, and 18 |
| "Catalog" | multiple segment tables stored together | '309: 3-5 and 18-20 |
| "means for maintaining information associating the identifier of each segment stored on the storage unit with the location of each segment on the storage unit" | Function: maintaining information associating the identifier of each segment stored on the storage unit with the location of each segment on the storage unit<br><br>Structure: a memory system on the storage unit (e.g., col. 12, lines 37-61); a table stored in the memory system, the table mapping a unique segment identifier for each segment to the location of that segment on the storage unit (e.g., col. 10, lines 46-50) | '808: 1 |
| "means for receiving a | Function: receiving a request from one of the client systems for a segment | '808: 1 |

1

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| Agreed Constructions - U.S. Patent Nos. 6,760,808 and 7,487,309 | | |
|---|---|---|
| **Term** | **Agreed Construction** | **Relevant Claims** |
| request from one of the client systems for a segment of a file" | of a file<br><br>Structure: network interface at the storage unit (e.g., col. 11, lines 33-36); a processor or independent controller on the storage unit (e.g., col. 11, lines 54-67), issuing program instructions to communicate with the network interface to receive requests for access, including but not limited to read and write access, to data stored on the medium (e.g., col. 6, lines 30-33) | |
| "means, responsive to the request from the application to read data from a file, for determining, for each segment of the data requested by the application the storage unit on which the segment is stored" | Function: determining, for each segment of the data requested by the application the storage unit on which the segment is stored<br><br>Structure: a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing program instructions to obtain the segment table for each source or file, which lists the segment identifiers and the storage units on which the segments are stored (e.g., col. 7, lines 55-58) | '808: 6 |
| "means for receiving each segment requested from the storage units" | Function: receiving each segment requested from the storage units<br><br>Structure: network interface at the client system (e.g., col. 11, lines 33-36); a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing program instructions to cause the network interface to receive, at a client memory, requested data from the storage unit (e.g., Fig. 20 (518), col. 25, lines 44-45) | '808: 6 |
| "means for maintaining | Function: maintaining information, locally accessible by the file system | '808: 6, 18 |

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| \  | Agreed Constructions - U.S. Patent Nos. 6,760,808 and 7,487,309 | \ |
|---|---|---|
| **Term** | **Agreed Construction** | **Relevant Claims** |
| information, locally accessible by the file system of the computer, associating the identifier of each segment of the file with the storage unit on which the segment is stored" | of the computer, associating the identifier of each segment of the file with the storage unit on which the segment is stored<br><br>Structure: a memory system at the client system (e.g., col. 12, lines 37-61) storing a table listing the segment identifiers and the storage units on which the segments are stored (e.g., col. 7, lines 55-58) | |
| "means, responsive to the request from the application to store the data in a file, for dividing the data into a plurality of segments and for associating each segment with an identifier" | Function: dividing the data into a plurality of segments and for associating each segment with an identifier<br><br>Structure: a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing program instructions, in response to a request from the application to store data in a file, to cause the file data to be divided into segments, each associated with an offset within the file (e.g., Fig. 3 (121), col. 8, line 43 - col. 9, line 12) and with a unique identifier (e.g., col. 7, lines 47-55) | '808: 18 |
| "means for selecting the at least two of the storage units from among the storage units in the selected subset" | Function: selecting the at least two of the storage units from among the storage units in the selected subset<br><br>Structure: a processor or independent controller on the client system (e.g., col. 11, lines 54-67), configured to initiate random or pseudorandom selection of two or more storage units from the subset of all available storage units (e.g., col. 9, lines 13-20) | '808: 20 |

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| **Disputed Constructions (included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309** | | | |
|---|---|---|---|
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| "Independent storage units" | This term does not require construction because it has a plain meaning. To the extent the Court deems construction to be necessary, we propose the following construction:<br><br>storage units which exchange segments with clients across a network without the segments passing through a central controller, and whose memory addresses are not globally allocated<br><br>'808 patent, Fig. 1 (42); col. 2, lines 49-55; col. 6, lines 1-36; col. 6, line 55 to col. 7, line 4; col. 9, lines 13-40<br><br>'309 patent: col. 28, lines 7-8<br><br>'808 file history, AVID0000198-AVID0000201<br><br>'309 file history, AVID0000376 | storage units which are not centrally controlled and not part of a global allocation of available storage<br><br>Intrinsic Evidence:<br><br>Col. 2:49-55; Col. 6:1-3; Col. 6:21-23; Col. 6:26-33; Col. 8:7-10; Col. 11:25-28<br><br>'808 Response to Office Action dated February 6, 2004, at 10-11 (AVID0-000198-199); '808 Response to Office Action dated February 6, 2004, at 12 (AVID0000200)<br><br>'309 Response to Office Action dated April 18, 2008, at 3 (AVID0000376)<br><br>5,644,720 patent: Col. 1:5-2:5; Col. 3:26-62; Col. 4:20-23; Col. 4:56-58; Col. 4:63-12; Col. 5:14-61; Col. | '808: 1, 6 and 18<br><br>'309: 1, 16, 31, and 39 |

4

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| Term | Avid's Proposed Construction | Harmonic's Proposed Construction | Relevant Claims |
|---|---|---|---|
| | | 6:61-67; Col. 7:1-4 | |
| "Redundancy information" | This term does not require construction because it has a plain meaning. To the extent the Court deems construction to be necessary, we propose the following construction: <br><br> a copy of a segment or information sufficient to recreate the segment <br><br> '808 patent, Fig. 3, Fig. 6 (214), Fig. 8 (236); Figs. 22-23; claim 19; col. 9, line 66 to col. 10, line 14; col. 11, lines 25-36; col. 16, lines 42-64; col. 26, line 18 to col. 27, line 27 <br><br> 6,449,688 patent: col. 7, line 38 to col. 8 line 5; col. 8, lines 15-28; col. 24, lines 41-42; col. 31, line 36 to col. 32, line 4 <br><br> '309 file history, AVID0000376; AVID0000411-AVID0000412 | a copy of each segment <br><br> Intrinsic Evidence: <br><br> Abstract; Col. 2:22-24; Col. 2:29-36; Col. 2:63-65; Col. 3:14; Col. 4:22-29; Col. 6:4-5; Col. 6:55-57; Col. 12:15-16; Col. 13:20-22; Col. 15:45-49; Col. 21:14-15; '309 Response to Office Action dated April 18, 2008, at 3 (AVID0000376) | '808: 1, 2, 6, 7, 14, 18, and 19 <br><br> '309: 31, 32, and 39 |
| "Nonsequentially" | This term does not require construction because it has a plain meaning. To the extent the Court deems construction to be necessary, | randomly or pseudorandomly independent of prior or subsequent selection | '309: 1, 16, 33, and 36 |

5

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| **Disputed Constructions (included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309** | | | |
|---|---|---|---|
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| | we propose the following construction:<br><br>not following a permanent sequence<br><br>'808 patent, Figs. 1-2; col. 6, line 58 to col. 7, line 13; col. 9, lines 13-40; col. 16, line 42 to col. 17, line 12 | Intrinsic Evidence:<br><br>Col. 1:64-Col. 2:3; Col. 2:20-29; Col. 6:5-6; Col. 6:55-7:13; Fig. 1<br><br>Col. 8:32-35; Fig. 3; Col. 9:13-40 | |
| "Identifier"/"identifier of each segment"/"identifier of the segment"/"identifier of a segment"/"identifier of the requested segment" | This term does not require construction because it has a plain meaning. To the extent the Court deems construction to be necessary, we propose the following construction:<br><br>information sufficient to distinguish<br><br>'808 patent, Fig. 1; Fig. 2; col. 5, lines 50-53; col. 7, lines 10-13; col. 7, line 47 to col. 8, line 2; col. 13, lines 10-15; col. 18, line 62 to col. 19, line 16; col. 19, lines 48-61 | a unique identifier for the segment that is a combination of a unique identifier for the source, such as a file, and a segment number<br><br>Intrinsic Evidence:<br><br>Col. 7:47-8:2<br><br>Col. 19:48-61. | '808: 1, 6, and 18<br><br>'309: 1, 16, 31, 34, 35, and 37-39 |
| "means, operative in response to a request from one of the client systems for a segment of a file, for retrieving the requested segment of the file from | Agreed Function: retrieving the requested segment of the file from the storage unit using the information associating the identifier of each segment stored on the storage unit with the location of | Agreed Function: retrieving the requested segment of the file from the storage unit using the information associating the identifier of each segment stored on the storage unit with the location of | '808: 1 |

6

Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)

| **Disputed Constructions (included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309** | | | |
|---|---|---|---|
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| the storage unit using the information associating the identifier of each segment stored on the storage unit with the location of each segment on the storage unit" | each segment on the storage unit<br><br>Structure: a memory system on the storage unit (e.g., col. 12, lines 37-61); a table stored in the memory system, the table mapping a unique segment identifier for each segment to the location of that segment on the storage unit (e.g., col. 10, lines 46-50); a processor or independent controller on the storage unit (e.g., col. 11, lines 54-67), issuing program instructions to cause, for each request, the storage unit to transfer data between the disk and the buffer indicated by the request. (e.g., col. 24, lines 22-29)<br><br>'808 Patent: Fig. 19; col. 12, lines 32-36; col. 21, lines 10-33; col. 23, line 49 to col. 24, line 31 | each segment on the storage unit<br><br>Structure: a memory system on the storage unit (col. 12, lines 37-61); a table stored in the memory system, the table mapping a unique segment identifier for each segment to the location of that segment on the storage unit (col. 10, lines 46-50); a processor or independent controller on the storage unit (col. 11, lines 54-67), issuing program instructions to cause, in response to a request from a client system, the storage unit to transfer data between the disk to the buffer through use of disk queue 300 from Fig. 19, which has four subqueues 302, 304, 306 and 308, one for each of the playback, capture, authoring and service and maintenance client programs, respectively; subqueues 302, 304, 306, and 308 comprise a request field 312 indicating the client making the request and the requested operation, a priority field 314 indicating the priority of the request, and a buffer field 316 indicating the buffer associated with the request; priority field 314 | |

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| Disputed Constructions (included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309 | | | |
|---|---|---|---|
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| | | may be a deadline, a time stamp, an indication of an amount of memory available at the client, or an indication of an amount of memory currently available at the client<br><br>Intrinsic Evidence:<br><br>Col. 6: 30-33; Col. 8:3-6; Col. 10:46-50; Col. 10:66-11:6; Col. 11:54-67; Col. 12:2-15; Col. 12:37-61; Col. 13:52-14:10; Col. 23:33-24:31; Fig. 19 | |
| "means for sending the requested segment to the client system" | Agreed Function: sending the requested segment to the client system<br><br>Structure: network interface at the storage unit (e.g., col. 11, lines 33-36); a processor or independent controller on the storage unit (e.g., col. 11, lines 54-67), issuing program instructions to transfer data from the disk queue to the network queue (e.g., col. 24, lines 27-29)<br><br>'808 patent, Fig. 20 (518); col. 11, | Agreed Function: sending the requested segment to the client system<br><br>Structure: network interface at the storage unit (col. 11, lines 33-36); a processor or independent controller on the storage unit (col. 11, lines 54-67), issuing program instructions to transfer data from disk queue 300 to the network queue 320 from Fig. 19, which has four subqueues 322, 324, 326 and 328, one for each of the playback capture, authoring and service and | '808: 1 |

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| | Disputed Constructions (included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309 | | |
|---|---|---|---|
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| | lines 25-36; col. 22, lines 34-51; col. 25, lines 44-57 | maintenance client programs, respectively; subqueues 322, 324, 326, and 328 comprise a request field 312 indicating the client making the request and the requested operation, a priority field 314 indicating the priority of the request, and a buffer field 316 indicating the buffer associated with the request; priority field 314 may be a deadline, a time stamp, an indication of an amount of memory available at the client, or an indication of an amount of memory currently available at the client; said processor or independent controller uses either a token as described at '808 patent, Col. 24:60-25:5 or the algorithm described in Fig. 21 and described at '808 patent, Col. 25:46-26:10.<br><br>Intrinsic Evidence:<br><br>Col. 6:30-33; Col. 11:25-40; Col. 11:54-67; Col. 14:30-53; Col. 23:33-65; Col. 24:22-25:13; Col. 25:46-26:10; Figs. 19, 21 | |

9

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| **Disputed Constructions (included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309** | | | |
|---|---|---|---|
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| "means for sending a request, for each segment of the data requested by the application, to the storage unit on which the segment is stored" | Agreed Function: sending a request, for each segment of the data requested by the application, to the storage unit on which the segment is stored<br><br>Structure: network interface at the client system (e.g., col. 11, lines 33-36); a processor or independent controller on the client system (e.g., col. 11, lines 54-67), configured to issue program instructions to cause the network interface to send the read request to the storage unit (e.g., Fig. 16 (274) and col. 21, lines 17-20)<br><br>'808 patent, Fig. 16 (274, 278); Fig. 17 (330); Fig. 18 (360); Fig. 20 (502); col. 11, lines 25-36; col. 13, lines 52-55; col. 13, line 65 to col. 14, line 1; col. 21, line 10 to col. 22 line 30; col. 25, lines 28-30 | Agreed Function: sending a request, for each segment of the data requested by the application, to the storage unit on which the segment is stored<br><br>Structure: network interface at the client system (col. 11, lines 33-36); a processor or independent controller on the client system (col. 11, lines 54-67), configured to implement the algorithm in steps 272 and 274 of Fig. 16 as described in the '808 patent, Col. 21:10-23.<br><br>Intrinsic Evidence:<br><br>Col. 11:33-36; Col. 11:54-67; Col. 14:30-53; Col. 21:10-23; Col. 21:34-44; Fig. 16. | '808: 6 |
| "means for selecting one of the storage units on which the segment is stored such that a load of requests on the plurality of storage units is | Agreed Function: selecting one of the storage units on which the segment is stored such that a load of requests on the plurality of storage units is substantially balanced | Agreed Function: selecting one of the storage units on which the segment is stored such that a load of requests on the plurality of storage units is substantially balanced | '808: 7 |

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| | **Disputed Constructions (included in claim construction briefs)** - U.S. Patent Nos. 6,760,808 and 7,487,309 | | |
|---|---|---|---|
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| substantially balanced" | Structure: a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing program instructions to identify a storage unit from the segment table listing the segment identifiers and the storage units on which the segments are stored (e.g., col. 3, lines 15-27, col. 7, lines 55-col. 8, line 2) according to load balancing criteria (e.g., col. 8, lines 9-17, col. 22, line 52-col. 23, line 48)<br><br>'808 patent Fig. 1 (42, 44); col. 2, lines 30-48; col. 3, lines 21-24; col. 6, lines 9-23; col. 8, lines 9-23; col. 11, lines 7-23; col. 21, line 10 to col. 22 line 26 | Structure: a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing a program instruction to implement the algorithm in Fig. 17 and described in '808 patent, Col. 21:51-22:26 and 22:52-23:5 or one of the alternatives discussed in Col. 23:6-32, including randomly pick a storage unit, pick the storage unit with the fewest outstanding requests, pick the storage unit that has been used less historically, request a measure of length of the disk queue from the storage units and issue the request to the shortest disk queue, or send requests to both storage units and receive the data from only one<br><br>Intrinsic Evidence:<br><br>Col. 2:32-37; Col. 6:12-16; Col. 8:10-16; Col. 11:54-67; Col. 21:10-23; Col. 21:51-22:26; Col. 22:52-23:32. | |
| "means for scheduling the transfer of the data from | Agreed Function: scheduling the transfer of the data from the storage | Agreed Function: scheduling the transfer of the data from the storage | '808: 10, 12 |

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

|  | Disputed Constructions (included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309 |

| Term | Avid's Proposed Construction | Harmonic's Proposed Construction | Relevant Claims |
|---|---|---|---|
| the storage unit such that the storage unit efficiently transfers data" | unit such that the storage unit efficiently transfers data<br><br>Structure: a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing program instructions to submit a request to a storage unit to cause it to transfer requested data from a disk buffer into a network queue (e.g., col. 8, lines 15-24)<br><br>'808 patent, Fig. 22; Fig. 23; col. 2, lines 39-48; col. 3, lines 24-52; col. 11, line 54 to col. 12, line 11; col. 26, line 22 to col. 27, line 27 | unit such that the storage unit efficiently transfers data<br><br>Structure network interface at the client and storage unit (col. 11, lines 33-36); processor or independent controller on the client and the storage unit; an algorithm for implementing queue 48; network queue 320 from Fig. 19, which has four subqueues 322, 324, 326 and 328, one for each of the playback capture, authoring and service and maintenance client programs, respectively; subqueues 322, 324, 326, and 328 comprise a request field 312 indicating the client making the request and the requested operation, a priority field 314 indicating the priority of the request, and a buffer field 316 indicating the buffer associated with the request; priority field 314 may be a deadline, a time stamp, an indication of an amount of memory available at the client, or an indication of an amount of memory currently available at the client; the algorithm that forces each client to receive data from only one storage | |

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| Disputed Constructions (included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309 | | | |
|---|---|---|---|
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| | | unit, and that forces each storage unit to send data to only on client, at any given time, through the use of a token described in '808 patent, Col. 24:64-25:5 or the algorithm described in Figs. 20 and 21, and described in the '808 patent at 25:6-26:10<br><br>Intrinsic Evidence:<br><br>Col. 6:16-21; Col. 6: 30-33; Col. 8:3-6; Col. 8:15-23; Col. 11:1-6; Col. 11:33-36; Col. 11: 54-67; Col. 21:27-31; Col. 23:49-Col. 24:21; Col. 24:32-25:13; Col. 25:6-26:10; Figs. 19-21 | |
| "means for distributing each segment, and the redundancy information for each segment, among the plurality of storage units by sending to the storage unit the segment of the data and the identifier of the segment" | Agreed Function: distributing each segment, and the redundancy information for each segment, among the plurality of storage units by sending to the storage unit the segment of the data and the identifier of the segment<br><br>Structure: network interface at the client system (e.g., col. 11, lines 33-36); a processor or independent controller on the client system (e.g., | Agreed Function: distributing each segment, and the redundancy information for each segment, among the plurality of storage units by sending to the storage unit the segment of the data and the identifier of the segment<br><br>Structure: network interface at the client system (e.g., col. 11, lines 33-36); a processor or independent controller on the client system (e.g., | '808: 18 |

13

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| | Disputed Constructions (included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309 | | |
|---|---|---|---|
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| | col. 11, lines 54-67), issuing program instructions to cause the network interface to send one or more write requests to the storage units for the segment and its copy (e.g., Fig. 3 (124), Fig. 6(214))<br><br>'808 patent, Fig. 3, Fig. 6 (214), Fig. 8 (236); Figs. 22-23; col. 9, line 66 to col. 10, line 14; col. 11, lines 25-36; col. 16, lines 42-64; col. 26, line 18 to col. 27, line 27 | col. 11, lines 54-67), issuing program instructions to implement the algorithm of selecting the storage units either randomly or pseudorandomly as described in step 122 and sending the segment and redundancy information asynchronously to the selected storage units as described in step 124 in Fig. 3<br><br>Intrinsic Evidence:<br><br>Col. 9:13-40; Col. 9:67- Col. 10:2; Col. 10:24-26; Col. 10:38-46; Col. 11:33-36; Col. 11:54-67; Col. 13: 35-51; Fig. 3 | |

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| | **Disputed Constructions (not included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309** | | |
|---|---|---|---|
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| "means for providing the received data to the application" | Agreed Function: providing the received data to the application<br><br>Structure: a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing program instructions causing a client file system to provide retrieved data to an application program (e.g., col. 3, lines 20-21, col. 13, line 65 to col. 14, line 20) via at least one memory buffer on the client (e.g., col. 20, lines 6-32, Fig, 15).<br><br>'808 patent, Fig. 1 (44); col. 3, lines 20-21; col. 6, lines 37-41; col. 8, lines 14-23; col. 11, line 54 to col. 12, line 11; col. 13, line 65 to col. 14, line 1; col. 21, lines 31-33 | Agreed Function: providing the received data to the application<br><br>This claim is indefinite because the specification does not disclose sufficient structure to perform the function associated with this limitation. | '808: 6 |
| "means for confirming to the application whether the data is stored" | Agreed Function: confirming to the application whether the data is stored<br><br>Structure: a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing program instructions to monitor storage status or progress | Agreed Function: confirming to the application whether the data is stored<br><br>This claim is indefinite because the specification does not disclose sufficient structure to perform the function associated with this | '808: 18 |

15

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| | **Disputed Constructions (not included in claim construction briefs)** - U.S. Patent Nos. 6,760,808 and 7,487,309 | | |
|---|---|---|---|
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| | of storage units (e.g., col. 9, line 66-col. 10, line 14) and provide confirmation to an application when data is successfully stored (e.g., col. 3, lines 61-62)<br><br>'808 patent, Fig. 3 (126), col. 3, lines 53-61; col. 9, line 66 to col. 10, line 14; col. 10, lines 37-57; col. 11, line 54 to col. 12, line 11 | limitation. | |
| "means for selecting, for each segment, at least two of the storage units independent of the storage units selected for other segments" | Agreed Function: selecting, for each segment, at least two of the storage units independent of the storage units selected for other segments<br><br>Structure: a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing program instructions to select two or more storage units randomly or pseudorandomly without reference to units selected for other segments, including the immediately preceding segment (e.g., col. 6, lines 5-9).<br><br>'808 patent, Fig. 1 (42); Fig. 3 (122); Fig. 6 (212); col. 3, lines 10-21; col. 3, line 62 to col. 4, line 2; | Agreed Function: selecting, for each segment, at least two of the storage units independent of the storage units selected for other segments<br><br>This claim is indefinite because the specification does not disclose sufficient structure to perform the function associated with this limitation. | '808: 19 |


**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| Term | Avid's Proposed Construction | Harmonic's Proposed Construction | Relevant Claims |
|---|---|---|---|
| **Disputed Constructions (not included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309** | | | |
| | col. 6, line 55 to col. 7, line 4; col. 9, lines 13-40; col. 11, line 24 to col. 12, line 36; col. 16, lines 42-64 | | |
| "means for requesting the selected storage units to store the data for each segment" | Agreed Function: requesting the selected storage units to store the data for each segment<br><br>Structure: network interface at the client system (e.g., col. 11, lines 33-36); a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing program instructions causing the network interface to issue a write request to the storage unit (e.g., Fig. 3 (124), Fig. 6 (214), Fig. 22 (602))<br><br>'808 patent, Fig. 6 (214); Figs. 22-23; col. 6, lines 37-42; col. 9, line 66 to col. 10; col. 11, line 24 to col. 12, line 36; col. 16 lines 42-64; col. 26, line 11 to col. 27, line 4 | Agreed Function: requesting the selected storage units to store the data for each segment<br><br>Structure: network interface at the client system (e.g., col. 11, lines 33-36); a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing program instructions to implement the algorithm of requesting a storage unit to prepare a free buffer for storing the data, receiving a reply with an estimated time for availability of the buffer, and requesting the storage unit receive the data when the estimated time is reached; data buffer.<br><br>Intrinsic Evidence:<br><br>Col. 9:66-10:21; Fig. 3. | '808: 19 |
| "means for selecting a subset of the storage units" | Agreed Function: selecting a subset of the storage units | Agreed Function: selecting a subset of the storage units | '808: 20 |

**Avid Technology, Inc. v. Harmonic Inc., Civil Action No. 11-1040-GMS (D. Del.)**

| | | | |
|---|---|---|---|
| **Disputed Constructions (not included in claim construction briefs) - U.S. Patent Nos. 6,760,808 and 7,487,309** | | | |
| **Term** | **Avid's Proposed Construction** | **Harmonic's Proposed Construction** | **Relevant Claims** |
| | Structure: a processor or independent controller on the client system (e.g., col. 11, lines 54-67), issuing program instructions to select storage units numbering less than all available storage units (e.g., col. 9, lines 17-27)<br><br>'808 patent, Fig. 3 (122); col. 3, line 62 to col. 4, line 2; col. 9, lines 13-40; col. 11, line 24 to col. 12, line 11 | Structure: a processor implementing an algorithm to randomly or pseudorandomly select storage units for the subset of storage units, where the number of storage units selected is such that each storage unit has at least two different segments of data (subset >= # of segments/2) and limited to reduce the probability that two or more storage units would fail<br><br>Intrinsic Evidence:<br><br>Col. 9:13-40. | |