# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARMONIC INC., ) <br> ) <br> Defendant. ) | C.A. No. 11-1040-GMS-SRF <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF MULIMEDIA FILING

Notice is hereby given that the document listed below has been manually filed with the Court and is available in electronic form only:

### HARMONIC INC.'S TECHNOLOGY TUTORIAL

                                              POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James C. Yoon
Jason M. Garr
Matthew K. Sumida
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California  94304-1050
Tel:  (650) 565-3645

Stefani E. Shanberg
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Tel:  (415) 947-2000

By: /s/ David E. Moore
     David E. Moore (#3983)
     Jonathan A. Choa (#5319)
     Bindu A. Palapura (#5370)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     dmoore@potteranderson.com
     jchoa@potteranderson.com
     bpalapura@potteranderson.com

*Attorneys for Defendant Harmonic Inc.*

Dated:  January 16, 2013
1090368 / 38568

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 16, 2013, this document was served on the persons listed below in the manner indicated:

**VIA FTP LINK**

| | |
|---|---|
| John W. Shaw<br>Karen E. Keller<br>Andrew Russell<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>SKAvid@shawkeller.com | Robert A. Schwinger<br>Paul J. Tanck<br>Michael S. Davi<br>Tod M. Melgar<br>Kamran Vakili<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY  10112<br>rschwinger@chadbourne.com<br>ptanck@chadbourne.com<br>mdavi@chadbourne.com<br>tmelgar@chadbourne.com<br>KVakili@chadbourne.com |
| David Howard Evans<br>Chadbourne & Parke LLP<br>1200 New Hampshire Avenue, NW<br>Washington, DC  20036<br>devans@chadbourne.com | |
| | By:  /s/ David E. Moore<br>David E. Moore<br>Jonathan A. Choa<br>Bindu A. Palapura<br>POTTER ANDERSON & CORROON LLP<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>jchoa@potteranderson.com<br>bpalapura@potteranderson.com |

1037642/38568