IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-1040-GMS-SRF |
| HARMONIC INC., | ) ) ) |
| Defendant. | ) ) |

**JOINT MOTION FOR TELECONFERENCE**
**TO RESOLVE DISCOVERY DISPUTE**

Avid Technology, Inc. and Harmonic, Inc. respectfully move this Court to schedule a teleconference to address outstanding disputes regarding discovery matters.

In light of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order Regarding Discovery Matters during a teleconference on February 12, 2013 at 11:00 AM with counsel for plaintiff Avid Technology, Inc. to initiate the call.

| | |
|---|---|
| */s/ David E. Moore*<br>David E. Moore (No. 3983)<br>Jonathan Choa (No. 5319)<br>Bindu A. Palapura (No. 5370)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>jchoa@potteranderson.com<br>bpalapura@potteranderson.com<br>*Attorneys for Defendant*<br>*Harmonic, Inc.* | */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Plaintiff*<br>*Avid Technology, Inc.* |

Dated:  January 28, 2013