IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARMONIC, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 11-cv-1040 (GMS) |

## ORDER

At Wilmington, this 29th day of January, 2013, IT IS HEREBY ORDERED that the *Markman* hearing the above-captioned matter is rescheduled to Wednesday, March 20, 2013. The hearing shall convene at 9:30 a.m. in Courtroom 4A.

CHIEF UNITED STATES DISTRICT JUDGE