IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 28, 2013, the following documents were

served on the persons listed below in the manner indicated:

1. Plaintiff Avid Technology, Inc.'s Objections and Responses to Defendant Harmonic Inc.'s Third Set of Interrogatories to Plaintiff Avid Technology, Inc. (Nos. 18-25)

2. Plaintiff Avid Technology, Inc.'s Objections and Responses to Defendant Harmonic Inc.'s First Set of Requests for Admission to Plaintiff Avid Technology, Inc. (Nos. 1-131)

**BY E-MAIL**

James C. Yoon
Robin L. Brewer
Jason M. Garr
Danielle Fernandes
Antonio Ramos
Neal Furino
Matthew Sumida
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
(650) 565-3645
jyoon@wsgr.com
rbrewer@wsgr.com
jgarr@wsgr.com
dfernandes@wsgr.com
aramos@wsgr.com
nfurino@wsgr.com
msumida@wsgr.com

David E. Moore
Jonathan A. Choa
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
jchoa@potteranderson.com

OF COUNSEL:

Robert A. Schwinger
Tod M. Melgar
Michael S. Davi
Paul J. Tanck
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100

David H. Evans
CHADBOURNE & PARKE LLP
1200 New Hampshire Ave., NW
Washington, DC 20036
(202) 974-5600

Dated:  January 29, 2013

*/s/ Andrew E. Russell*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
David M. Fry (No. 5486)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
*Attorneys for Plaintiff Avid Technology, Inc.*