IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS-SRF |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION AND PROPOSED ORDER REGARDING BRIEFING**

WHEREAS, the Court's briefing guidelines permit no brief to exceed 20 pages in length and to be formatted using double-spacing;

WHEREAS, defendant Harmonic, Inc.'s Opening Claim Construction Brief through inadvertence used 'exactly 24 point' line spacing rather than double-spacing, and as a result filed a brief that would have exceeded the page limits had it been formatted in accordance with the Court's briefing guidelines;

WHEREAS, the parties have agreed, subject to the approval of the Court, that, to level the playing field, Defendant Harmonic, Inc. may file an answering claim construction brief of no more than 17 pages, properly formatted in accord with the Court's briefing guidelines.

2

| | |
|---|---|
| */s/ John W. Shaw* | */s/ Bindu A. Palapura* |
| John W. Shaw (No. 3362) | David E. Moore (No. 3983) |
| Karen E. Keller (No. 4489) | Jonathan Choa (No. 5319) |
| SHAW KELLER LLP | Bindu A. Palapura (No. 5370) |
| 300 Delaware Avenue, Suite 1120 | POTTER ANDERSON & CORROON LLP |
| Wilmington, DE 19801 | Hercules Plaza, 6th Floor |
| (302) 298-0700 | 1313 N. Market Street |
| jshaw@shawkeller.com | Wilmington, DE 19801 |
| kkeller@shawkeller.com | dmoore@potteranderson.com |
| *Attorneys for Plaintiff Avid Technology, Inc.* | jchoa@potteranderson.com |
| | bpalapura@potteranderson.com |
| | *Attorneys for Defendant Harmonic, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge