# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) C.A. No. 11-1040-GMS-SRF <br> v. ) <br> ) **JURY TRIAL DEMANDED** <br> HARMONIC INC., ) <br> ) <br> Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on January 31, 2013, upon the following attorneys of record as indicated below:

DEFENDANT HARMONIC INC.'S SUPPLEMENTAL AND SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF AVID TECHNOLOGY, INC.'S FIRST SET OF INTERROGATORIES TO HARMONIC

DEFENDANT HARMONIC INC.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF AVID TECHNOLOGY, INC.'S SECOND SET OF INTERROGATORIES TO HARMONIC INC.

DEFENDANT HARMONIC INC.'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF AVID TECHNOLOGY, INC.'S THIRD SET OF INTERROGATORIES TO HARMONIC INC.

DEFENDANT HARMONIC INC.'S SUPPLEMENTAL INITIAL DISCLOSURES

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John W. Shaw | Robert A. Schwinger |
| Karen E. Keller | Paul J. Tanck |
| Andrew Russell | Michael S. Davi |
| Shaw Keller LLP | Tod M. Melgar |
| 300 Delaware Avenue, Suite 1120 | Kamran Vakili |
| Wilmington, DE 19801 | Chadbourne & Parke LLP |
| skavid@shawkeller.com | 30 Rockefeller Plaza |
| | New York, NY  10112 |
| | rschwinger@chadbourne.com |
| | ptanck@chadbourne.com |
| | mdavi@chadbourne.com |
| | tmelgar@chadbourne.com |
| | kvakili@chadbourne.com |

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC  20036
devans@chadbourne.com

                                                    POTTER ANDERSON & CORROON LLP

OF COUNSEL:

James C. Yoon                                       By:   /s/ David E. Moore
Jason M. Garr                                              David E. Moore (#3983)
Matthew K. Sumida                                          Jonathan A. Choa (#5319)
WILSON SONSINI GOODRICH & ROSATI                           Bindu A. Palapura (#5370)
Professional Corporation                                   Hercules Plaza, 6th Floor
650 Page Mill Road                                         1313 N. Market Street
Palo Alto, California  94304-1050                          Wilmington, DE  19801
Tel:  (650) 565-3645                                       Tel:  (302) 984-6000
                                                           dmoore@potteranderson.com
                                                           jchoa@potteranderson.com
Stefani E. Shanberg                                        bpalapura@potteranderson.com
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI                    *Attorneys for Defendant Harmonic Inc.*
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Tel:  (415) 947-2000

Dated: February 1, 2013
1091987 / 38568

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 1, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 1, 2013, the attached document was Electronically Mailed to the following person(s):

John W. Shaw
Karen E. Keller
Andrew Russell
Shaw Keller LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
skavid@shawkeller.com

Robert A. Schwinger
Paul J. Tanck
Michael S. Davi
Tod M. Melgar
Kamran Vakili
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112
rschwinger@chadbourne.com
ptanck@chadbourne.com
mdavi@chadbourne.com
tmelgar@chadbourne.com
kvakili@chadbourne.com

David Howard Evans
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC  20036
devans@chadbourne.com

By:  /s/ David E. Moore
David E. Moore
Jonathan A. Choa
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
dmoore@potteranderson.com
jchoa@potteranderson.com
bpalapura@potteranderson.com

1037642/38568