IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1040-GMS-SRF |
| ) | |
| HARMONIC INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 31, 2013, the following document was served on the persons listed below in the manner indicated:

1. Plaintiff's Second Supplemental Responses And Objections to Defendant's First, Second, And Third Interrogatories Directed to Plaintiff (Nos. 1, 2, 3, 6, 7, 9, 11, 13, 14, 21)

**BY E-MAIL**

| | |
|---|---|
| James C. Yoon | David E. Moore |
| Robin L. Brewer | Jonathan A. Choa |
| Jason M. Garr | POTTER ANDERSON & CORROON LLP |
| Danielle Fernandes | Hercules Plaza, 6th Floor |
| Antonio Ramos | 1313 N. Market Street |
| Neal Furino | Wilmington, DE 19801 |
| Matthew Sumida | dmoore@potteranderson.com |
| WILSON SONSINI GOODRICH & ROSATI | jchoa@potteranderson.com |
| Professional Corporation | |
| 650 Page Mill Road | |
| Palo Alto, CA 94304 | |
| (650) 565-3645 | |
| jyoon@wsgr.com | |
| rbrewer@wsgr.com | |
| jgarr@wsgr.com | |
| dfernandes@wsgr.com | |
| aramos@wsgr.com | |
| nfurino@wsgr.com | |
| msumida@wsgr.com | |

| | |
|---|---|
| OF COUNSEL:<br>Robert A. Schwinger<br>Tod M. Melgar<br>Michael S. Davi<br>Paul J. Tanck<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-5100<br><br>David H. Evans<br>CHADBOURNE & PARKE LLP<br>1200 New Hampshire Ave., NW<br>Washington, DC 20036<br>(202) 974-5600<br><br>Dated:  February 1, 2013 | */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>David M. Fry (No. 5486)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>arussell@shawkeller.com<br>*Attorneys for Plaintiff Avid Technology, Inc.* |