IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-1040-GMS-SRF |
| | ) |
| HARMONIC INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER TO ALLOW DEPOSITIONS OUTSIDE OF CLOSE OF DISCOVERY**

Pursuant to paragraph 1 of the Joint Proposed Order to Amend the Scheduling Order (D.I. 75) and the Court's order adopting the Joint Proposed Order, the last day to complete fact discovery is January 31, 2013. Due to difficulties in scheduling depositions, the parties have agreed to allow certain depositions to proceed in February. The parties hereby stipulate and agree, subject to approval of the Court, to allowing the following depositions to proceed in February:

- Deposition of corporate representative of third party IBM pursuant to subpoena on February 5, 2013;
- Deposition of third party Harschadath Wanigasekara pursuant to subpoena on February 15, 2013;
- Deposition of Harmonic corporate representative Vikramaditya Gupta on February 18, 2013;
- Deposition of Avid corporate representative Chris Gahagan on February 21 and 22, 2013; and
- Deposition of third party Donald Craig pursuant to subpoena on February 25, 2013.

All other deadlines shall remain the same. The reason for the requested extension is to allow the parties to proceed with depositions that were unable to be scheduled in advance of January 31, 2013.

2

| | |
|---|---|
| */s/ David E. Moore* | */s/ Andrew E. Russell* |
| David E. Moore (No. 3983) | John W. Shaw (No. 3362) |
| Jonathan Choa (No. 5319) | Andrew E. Russell (No. 5382) |
| Bindu A. Palapura (No. 5370) | SHAW KELLER LLP |
| POTTER ANDERSON & CORROON LLP | 300 Delaware Avenue, Suite 1120 |
| Hercules Plaza, 6th Floor | Wilmington, DE 19801 |
| 1313 N. Market Street | (302) 298-0700 |
| Wilmington, DE 19801 | jshaw@shawkeller.com |
| (302) 984-6000 | arussell@shawkeller.com |
| dmoore@potteranderson.com | *Attorneys for Plaintiff* |
| jchoa@potteranderson.com | *Avid Technology, Inc.* |
| bpalapura@potteranderson.com | |
| *Attorneys for Defendant* | |
| *Harmonic, Inc.* | |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge