# EXHIBIT A

```
                                       012813cpalermo
0001
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                      ---oOo---
 4
 5   AVID TECHNOLOGY, INC.,
 6         Plaintiff,
 7   vs.                                Case No.:
                                        11-1040-GMS-SRF
 8   HARMONIC INC.
 9         Defendants.
                                    /
10
11
12     HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
13
14                  VIDEOTAPED DEPOSITION OF
15                   CHRISTOPHER J. PALERMO
16
17                 Monday, January 28, 2013
18
19
20
21
22
23   REPORTED BY:
24   JANIS JENNINGS, CSR No. 3942, CLR, CCRR
25
0002
 1                       I N D E X
 2                    INDEX OF EXAMINATION
 3                                                   Page
     EXAMINATION BY MR. MELGAR . . . . . . . . . .    5
 4
 5
 6            EXHIBITS MARKED FOR IDENTIFICATION
 7   No.              Description                   Page
 8   Exhibit 70
             Opinion of Counsel; Harmonic-Avid
 9           0016110 - 16462                          19
10   Exhibit 71
             Errata sheet (1 page)                    37
11
     Exhibit 72
12           United States Patent 5,959,860           57
13
14
15                       --oOo--
16
17
18
19
20
21
22
23
24
25
0003
 1                       --oOo--
 2         VIDEOTAPED DEPOSITION OF CHRISTOPHER J.
 3   PALERMO, taken by the Plaintiff, at 1731 Embarcadero
 4   Road, Palo Alto, California, commencing at 9:05
                              Page 1
```

```
                                        012813cpalermo
25   second sentence, it points out the claim and it says
0032
 1   the -- "The distributed data storage system in claim
 2   1 requires a plurality of independent storage units
 3   for storing data," and it goes on and on here.  And
 4   towards the end it says, "Where each segment has an
 5   identifier and where two or more copies of each
 6   segment is distributed among the plurality of
 7   storage units."
 8           So the word "identifier" was used in that
 9   paragraph.  And how did you understand it or what
10   did you understand it to mean there?
11       A.  I don't recall forming a specific
12   understanding of the meaning of that term.  As best
13   I recall now, we understood it to refer to data
14   capable of identifying a segment.
15       Q.  Could I point you to Figure 2 of the '309
16   patent.  Do you know what this figure refers to?
17       A.  I don't remember.
18       Q.  Can I ask you to take a look at column 7,
19   line 19 through 20.  Does that help you determine
20   what Figure 2 is?
21       A.  It states that Figure 2 is a segment table
22   or catalog.
23       Q.  And can you look at column 7, line 59
24   through 61.  Does that tell you what is contained in
25   Figure 2, the segment table?
0033
 1           MS. BREWER:  You can certainly read the
 2   entire column, as well, if it will help provide any
 3   context with respect to that figure.
 4           THE WITNESS:  Okay.  Those particular lines
 5   are talking about the file system accessing.  I'm
 6   not sure they specifically define what's in the
 7   segment table.
 8   BY MR. MELGAR:
 9       Q.  Does line 59 through, I guess, 61 say that
10   the segment table contains a list of segment
11   identifiers in the storage units on which the copies
12   of segments are stored?
13       A.  That's not the complete sentence.
14       Q.  Right.  But does this describe what is
15   contained in the segment table?
16           MS. BREWER:  Objection.  Mischaracterizes
17   testimony.
18           THE WITNESS:  I don't think you can pull
19   one sentence out of the column and form conclusions
20   about what's in the segment table.  I think the
21   entire description of Figure 2 would have to be
22   read.
23   BY MR. MELGAR:
24       Q.  Do you see the portion here that says --
25   okay.  Let's read this whole thing.  It says, "The
0034
 1   file system as described below may access the
 2   catalog manager to obtain the segment table for each
 3   source or file which lists the segment identifiers
 4   and the storage units on which the copies of the
 5   segments are stored."
 6           What is it that lists the segment
 7   identifiers in the storage units on which the copies
 8   of the segments are stored?
 9           MS. BREWER:  Objection.  The document
                                              Page 14
```

```
                                        012813cpalermo
10   speaks for itself.
11          THE WITNESS: Actually, that sentence is
12   ambiguous as to whether it's the segment table or a
13   source or file.  In addition, I don't think that
14   that sentence can serve as a complete description of
15   what the patentee meant by the segment table because
16   there's extensive other detail given in the
17   preceding paragraphs.
18   BY MR. MELGAR:
19       Q.  Do you know what's in a segment table?
20       A.  It's been two years since I've looked at
21   this opinion, except for a brief review to come here
22   today, so I don't recall that detail as I sit here
23   now.
24       Q.  Did you ascribe any special meaning to the
25   segment table in your opinion?
0035
 1       A.  I would have to review the opinion to see.
 2   I think it speaks for itself on that point.  I
 3   believe at one point we referred to it as a map or
 4   serving the function of a map between one data item
 5   and another, but I don't remember the specific
 6   details.
 7       Q.  So looking at Figure 2 of the '309 patent
 8   again, what are the columns shown in the table?
 9       A.  It can't be determined just by looking at
10   Figure 2.  I'd have to reread the description, which
11   I think was in column 7 and possibly other parts of
12   the patent.  It says, "The columns 94 in the segment
13   table 90 may be referred to herein as the 'AA list'
14   or 'AB list,' respectively."  And there's other
15   description of what can be in the columns.
16       Q.  Well, let me ask you this.  I think this is
17   consistent with your understanding of segment --
18   excuse that.  It's consistent with your description
19   of identifier, and that was that these numbers in
20   the first column 1, 2, 3, 4 could be identifiers as
21   you understood that term; is that correct?
22       A.  Identifiers of what?
23       Q.  Of segments.
24       A.  Column 7, line 21 says that segments may be
25   represented by rows.  Line 50 says segments should
0036
 1   have a unique identifier.  I don't see anything that
 2   specifically says that the numbers 1, 2, 3, 4 are
 3   segment identifiers.  If we could find that in the
 4   patent, it might be easier to answer your question.
 5       Q.  That was the column 7, lines 59 through 61?
 6       A.  No.  I was referring to column 7, lines 21
 7   through 24 and 50 through 51.
 8          MS. BREWER: We've been going about an hour
 9   if now is good.
10          MR. MELGAR: All right.  Yeah.  Just one
11   more second.  Let me finish this up.
12   BY MR. MELGAR:
13       Q.  So going back to the opinion, in doing your
14   analysis you did not give any specific definition
15   for "identifier"; is that correct?
16       A.  As best I recall, we treated that term
17   fairly broadly as encompassing several -- any of
18   several different kinds of data elements.
19       Q.  And why is that?
20       A.  I don't recall as I sit here today that the
                                             Page 15
```

```
                                      012813cpalermo
21   patents or the prosecution histories ascribed any
22   special meaning to it, so I think our overall
23   analysis was that it was capable of a fairly broad
24   interpretation.
25            MR. MELGAR:  Okay.  All right.  We can take
0037
 1   a break.
 2            THE VIDEOGRAPHER:  Going off the record.
 3   The time now is 10:08.
 4            (Off the record.)
 5            THE VIDEOGRAPHER:  The time now is 10:19
 6   and we're back on the videotaped record.
 7            MR. MELGAR:  I'd like to mark as Exhibit 71
 8   an errata sheet Miss Brewer just handed me.
 9            (Exhibit 71 was marked for identification
10            and attached hereto.)
11   BY MR. MELGAR:
12       Q.  Mr. Palermo, what is Exhibit 71?
13       A.  Exhibit 71 is a handwritten list of
14   typographical corrections to the opinion letter that
15   I noted yesterday when rereading it in preparation
16   for coming here today.
17       Q.  So it looks like you reread the whole
18   opinion pretty carefully; is that correct?
19       A.  I did not read every line, but I read most
20   of it.
21       Q.  What prompted you to make these
22   corrections?
23       A.  I wanted to have some familiarity with the
24   document before coming here today.  And as I began
25   to read it, I noted one typographical correction to
0038
 1   be made and having found one, I decided to see if
 2   others should be noted in order to have a complete
 3   record of typographical corrections.
 4       Q.  And what was the first one that you
 5   noticed?
 6       A.  On page 23 [sic] at line 26, the
 7   phrase "must first acesses" should be "must first
 8   access."
 9       Q.  I'm sorry.  What page?
10       A.  Page 13.
11       Q.  Oh.
12       A.  Line 26.
13       Q.  Can we turn to page 13 of your opinion.
14       A.  Yes.
15       Q.  And before I start asking you more
16   questions.  Just going back to Exhibit 71, do any of
17   those changes make substantive changes to the
18   opinion?
19       A.  No.  I don't believe any of them do.
20       Q.  Okay.  Going back to page 13 of the
21   opinion.  In the first paragraph, first sentence,
22   there's the word "grid" used.  What does "grid"
23   mean?
24       A.  "Grid" has the meaning that skilled
25   computing people would have understood in 2011.  It
0039
 1   refers to an array of processors or a set of
 2   interconnected computers that can cooperate to
 3   provide combined computing power for a particular
 4   problem.
 5       Q.  Is it an acronym for something?
```

```
                                    012813cpalermo
 6       A.   Not to my knowledge, no.
 7       Q.   Going down to the paragraph that
 8  says "ContentDirector servers," you used the
 9  phrase "global name space."  What does that mean?
10       A.   In general, it means that identifiers of
11  file segments or slices are globally unique across
12  all of the content servers so that there cannot be a
13  duplicate series of identifiers between one Content
14  server and another.
15       Q.   Can the identifiers in the patents in suit
16  be global?
17       A.   I don't believe we studied that question
18  for preparation of this opinion.  I'm not sure.
19       Q.   And what is a "single global name space,"
20  if you look two more sentences down?
21       A.   It's the same general concept.  In
22  distributed computing, when you have multiple
23  storage units, there are basically two ways to
24  architect the system:  One is that each storage unit
25  can have a series of file names and a second storage
0040
 1  unit that is essentially a peer can have its own
 2  series of file names that can potentially be the
 3  same as the first unit.  The second way of
 4  architecting a distributed system is with a central
 5  controller of some kind that administers a single
 6  name space across all of the storage units.
 7       Q.   Did Don Craig review this technical
 8  description?
 9       A.   I don't remember.  It's possible that he
10  did after the opinion was delivered.
11       Q.   Did you provide him a draft to make sure
12  your understanding of the operation of the system
13  was correct?
14       A.   Not in written form.  But in our meeting
15  with him and by phone, we provided the descriptions
16  that we intended to use in an oral form and asked
17  him to confirm that they were complete and correct.
18       Q.   And what was his response?
19       A.   He confirmed the completeness and
20  correctness of what we had outlined to him.
21       Q.   Also in this ContentDirector server's
22  paragraph about midway down, there's a sentence
23  beginning, "For write operations, ContentDirector
24  servers provide file system drivers on client
25  workstations with pointers to target content servers
0041
 1  using a heuristic algorithm weighing dynamic usage
 2  factors."
 3            Do you see that?
 4       A.   Yes, I do.
 5       Q.   What are "dynamic usage factors"?
 6       A.   My understanding of that term is that it
 7  refers to values such as Content server
 8  availability, reliability, current load, available
 9  capacity, and perhaps grouping data.  And the term
10  "dynamic" indicates that those values can vary over
11  time.
12       Q.   So those are factors that are changing as
13  the system is running?
14       A.   Correct.  To be clear, they're potentially
15  changing.  Some of them could be static across a
16  long session.
                                    Page 17
```

```
                                    012813cpalermo
17        Q.   Which ones could be static?
18        A.   Grouping data and availability.  For
19   example, a server could either be completely up or
20   completely down over a particular time period so
21   that its availability would not change.
22        Q.   And server load would be changing fairly
23   frequently; is that correct?
24        A.   Every installation would be different, but
25   that's possible.
0042
 1        Q.   I'd like to turn to page 16 of the opinion.
 2   In this first paragraph, you have provided a
 3   construction for the term "independent."
 4             Do you see that?
 5        A.   Yes.
 6        Q.   And what is the construction you came up
 7   with for "independent"?
 8        A.   The document speaks for itself on that
 9   point and there are several paragraphs that address
10   it.  But in general, an independent storage unit is
11   a storage unit whose storage is not allocated
12   globally or under centralized control.
13        Q.   And what did you mean by a "storage unit"?
14        A.   In general, it would be a element of
15   electronic hardware that stores data.
16        Q.   And what does "whose storage" mean?
17        A.   It means the storage of the storage unit.
18        Q.   So to be independent, the storage within a
19   storage unit cannot be globally allocated; is that
20   correct?
21        A.   Again, the document speaks for itself on
22   that question.  There's an entire page here dealing
23   with the issue of independence.  But in general, the
24   storage would not be allocated globally or under
25   centralized control.
0043
 1        Q.   And what is the reason that the media grid
 2   system does not have an independent storage unit
 3   under this definition?
 4        A.   My understanding is that the
 5   ContentDirector acts as a central controller in
 6   determining the names of files on all of the
 7   distributed storage units and that the clients must
 8   obtain assignments of names and the locations of
 9   storage units for content from the ContentDirector
10   as a centralized controller.  They cannot go
11   directly to the storage units themselves
12   independently.
13        Q.   Well, I'll come back to that in a minute,
14   but -- so how does that not satisfy your
15   construction of independent?  Because this
16   construction says that "the storage of the segment
17   at a particular place within the storage unit can't
18   be centrally controlled."
19             MS. BREWER:  Objection.  Vague and
20   ambiguous.
21             THE WITNESS:  I'm afraid I don't understand
22   that question.  I think the opinion speaks for
23   itself on the issue of independence.
24   BY MR. MELGAR:
25        Q.   Well, what you just described to me in
0044
 1   terms of why media grid does not satisfy this
                                                 Page 18
```

```
                                         012813cpalermo
 2   element is the distribution of segments to storage
 3   units, but your construction of independent is about
 4   the placement of those segments within a storage
 5   unit and that that cannot be globally controlled.
 6   So why doesn't media grid satisfy your definition of
 7   independent?
 8           MS. BREWER:  Objection.  Mischaracterizes
 9   testimony.
10           THE WITNESS:  I don't think I used the
11   term "segments" and I don't think the opinion or my
12   prior answer makes the distinction that you just
13   made in that question.
14   BY MR. MELGAR:
15       Q.  Well, earlier you explained that storage
16   unit was a unit where you had storage devices
17   essentially; is that correct?
18       A.  I don't think I said that.  I think I said
19   a storage unit is some element of electronic
20   hardware that stores data.
21       Q.  Okay.  And how did you describe "whose
22   storage"?
23       A.  I believe I said it is the storage of that
24   storage unit.
25       Q.  And is that globally controlled in media
0045
 1   grid?
 2       A.  To the best of my knowledge, yes, the
 3   ContentDirector controls the storage.
 4       Q.  And can you explain how it does that again?
 5       A.  It's been two years since I've considered
 6   that.  But my recollection is that the file system
 7   drivers on the clients, when they want to store
 8   content in storage, they must contact the
 9   ContentDirector to accomplish that operation.  And
10   when the clients need to read content, they must go
11   through the centralized control provided by the
12   ContentDirector to determine which storage unit to
13   read from.
14       Q.  When you say "go through," what do you mean
15   by that?
16       A.  I mean to send a request and receive a
17   response.
18       Q.  And what are they sending a request for?
19       A.  That I can't answer specifically because
20   it's been so long since I've looked at the technical
21   details here.  But in general, I believe it is a
22   request for the storage unit that holds particular
23   content that the client wants to play.
24       Q.  And then the client makes a request
25   directly to the storage unit of the content; is that
0046
 1   correct?
 2       A.  I believe that's correct, but it's been
 3   some time since I reviewed that detail.
 4       Q.  Now, so what we were just talking about was
 5   the -- is determining on which storage unit segments
 6   are stored; is that correct?
 7           MS. BREWER:  Objection.  Vague and
 8   ambiguous.
 9           THE WITNESS:  I don't think I understand
10   that.  Could you repeat that, please.
11   BY MR. MELGAR:
12       Q.  Well, let's put it in terms of media grid.
                                     Page 19
```

```
                                         012813cpalermo
18
19
20
21
22
23
24
25
0134
 1                  REPORTER'S CERTIFICATE
 2   The undersigned Certified Shorthand Reporter
 3   licensed in the State of California does hereby
 4   certify:
 5            I am authorized to administer oaths or
 6   affirmations pursuant to Code of Civil Procedure,
 7   Section 2093(b), and prior to being examined, the
 8   witness was duly administered an oath by me.
 9   I am not a relative or employee or attorney or
10   counsel of any of the parties, nor am I a relative
11   or employee of such attorney or counsel, nor am I
12   financially interested in the outcome of this
13   action.  I am the deposition officer who
14   stenographically recorded the testimony in the
15   foregoing deposition, and the foregoing transcript
16   is a true record of the testimony given by the
17   witness.  Before completion of the deposition,
18   review of the transcript [ ] was [X] not requested.
19   If requested, any changes made by the deponent (and
20   provided to the reporter) during the period allowed
21   are appended hereto.
22            In witness whereof, I have subscribed my
23   name this 30th day of January, 2013.
24
25                  JANIS JENNINGS, CSR 3942, CLR, CCRR
```