**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-1040-GMS-SRF |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTE

Counsel for Plaintiff Avid Technology, Inc. ("Avid") and Defendant Harmonic Inc. ("Harmonic"), respectfully move this Court to schedule a teleconference to address outstanding disputes regarding discovery matters.

In light of a previous communication with Chambers, the parties will provide submissions and present their respective positions consistent with the Court's Order Regarding Discovery Matters during a teleconference on May 7, 2013 at 3:30 pm with counsel for Defendant Harmonic Inc. to initiate the call.

Respectfully submitted,

SHAW KELLER LLP                                                POTTER ANDERSON & CORROON LLP


By:  /s/  Andrew E. Russell                                   By:  /s/ Bindu A. Palapura
     John W. Shaw (#3362)                              David E. Moore (#3983)
     Karen E. Keller (#4489)                           Jonathan A. Choa (#5319)
     Andrew E. Russell (#5382)                         Bindu A. Palapura (#5370)
     300 Delaware Avenue, Suite 1120                   Hercules Plaza, 6th Floor
     Wilmington, DE  19801                             1313 N. Market Street
     Tel:  (302) 298-0700                              Wilmington, DE  19801
     jshaw@shawkeller.com                              Tel:  (302) 984-6000
     kkeller@shawkeller.com                            dmoore@potteranderson.com
     arussell@shawkeller.com                           jchoa@potteranderson.com
                                             bpalapura@potteranderson.com

*Counsel for Plaintiff*
*Avid Technology, Inc.*                                        *Attorneys for Defendant*
                                                              *Harmonic Inc.*

OF COUNSEL:                                                   OF COUNSEL:

Robert A. Schwinger                                           James C. Yoon
Paul J. Tanck                                                 Jason M. Garr
Michael S. Davi                                              Matthew K. Sumida
Tod M. Melgar                                                WILSON SONSINI GOODRICH & ROSATI
CHADBOURNE & PARKE LLP                                       Professional Corporation
30 Rockefeller Plaza                                         650 Page Mill Road
New York, NY  10112                                          Palo Alto, CA  94304-1050
Tel.:  (212) 408-5100                                        Tel:  (650) 565-3645

David H. Evans                                               Stefani E. Shanberg
CHADBOURNE & PARKE LLP                                       Robin L. Brewer
1200 New Hampshire Ave., NW                                  WILSON SONSINI GOODRICH & ROSATI
Washington, DC  20036                                        Professional Corporation
Tel.:  (202) 974-5600                                        One Market Plaza
                                                             Spear Tower, Suite 3300
                                                             San Francisco, CA  94105
Dated:   May 1, 2013                                         Tel:  (415) 947-2000
1104435 / 38568