## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-1040-GMS-SRF |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER

In view of the Court's order during the discovery dispute hearing on May 7, 2013, the

parties hereby stipulate and agree, subject to approval of the Court, to the following limitations

for the further deposition of Plaintiff Avid Technology, Inc.'s witnesses:

1.     The depositions will go forward on May 17, 2013, via phone or video, with each

party to bear its own costs therefor.

2.     Defendant Harmonic Inc. will be permitted two hours of deposition time for each

witness.

3.     The scope of the depositions will be limited to the subject matter of the four Avid

documents identified by Bates number in Harmonic's May 2, 2013 letter to the Court.

Further, in view of the supplemental depositions, the parties hereby stipulate and agree,

subject to approval of the Court, to the following amendments to the Scheduling Order (D.I. 34),

as previously amended (D.I. 75, D.I. 114), in this action:

1.     The date provided in Paragraph 5(g) for service of rebuttal expert reports is

extended from May 13, 2013 to May 22, 2013.

2.     The date provided in Paragraph 5(g) for completion of expert discovery is

extended from June 7, 2013 to June 19, 2013.

3.      The date provided in Paragraph 13 for submission of case-dispositive motions is extended from June 21, 2013 to July 3, 2013.

All other deadlines shall remain the same. The reason for the requested extension is to allow Harmonic to take the further deposition of Avid's witnesses on May 17, 2013.

| | |
|---|---|
| */s/ David E. Moore*<br>David E. Moore (#3983)<br>Jonathan Choa (#5319)<br>Bindu A. Palapura (#5370)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>jchoa@potteranderson.com<br>bpalapura@potteranderson.com | */s/ Andrew E. Russell*<br>John W. Shaw (#3362)<br>Andrew E. Russell (#5382)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com |
| *Attorneys for Defendant*<br>*Harmonic, Inc.* | *Attorneys for Plaintiff*<br>*Avid Technology, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge

1105796 / 38568