IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 11-cv-1040 (GMS) |
| HARMONIC, INC., | ) ) |
| Defendant. | ) ) |

## ORDER

At Wilmington, this 6th day of December, 2013, having considered the defendant's letter of request to file a motion for summary judgment of non-infringement of U.S. Patent Nos. 6,760,808 ("the '808 Patent") and 7,487,309 ("the '309 Patent") (D.I. 130), the plaintiff's response (D.I. 132), and the defendant's reply (D.I. 134);

IT IS HEREBY ORDERED that the letter request to file a motion for summary judgment (D.I. 130) is DENIED. There are disputes of material facts which raise genuine issues for trial.[1]

_____
CHIEF, UNITED STATES DISTRICT JUDGE

---

[1] The court finds, based on its review of the parties' submissions and the cited record, that material facts remain in dispute as to whether the accused MediaGrid's ContentServers are independent storage units. The plaintiff's response cites to evidence in the record which makes clear that there are material facts in dispute as to whether the MediaGrid's ContentDirectors centrally control the ContentServers. (D.I. 132 at 3-5.) The court concludes that the determination of these facts is properly left to the jury.