IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1040-GMS |
| ) | |
| HARMONIC INC., ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION AND PROPOSED ORDER REGARDING POST-TRIAL MOTIONS**

As discussed by the parties and the Court at the conclusion of the trial (Tr. 1441-42), the parties hereby stipulate and agree, subject to the approval of the Court, that:

1. Any renewed motion for judgment as a matter of law under Fed. R. Civ. P. 50 and any motion for a new trial under Fed. R. Civ. P. 59 shall be filed on or before the date set by the Federal Rules of Civil Procedure.

2. Opening briefs in support of any such motions shall be filed on or before April 25, 2014. Answering briefs opposing such motions shall be filed on or before June 20, 2014. Reply briefs in further support of such motions shall be filed on or before July 18, 2014.

3. As discussed at the conclusion of trial, the opening and answering briefs on any such motions shall be limited to 40 pages. Reply briefs shall be limited to 20 pages. In all other respects, the briefs of the parties on such motions shall comply with District of Delaware Local Rule 7.1.3.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ David E. Moore* |
| John W. Shaw (No. 3362) | David E. Moore (No. 3983) |
| Karen E. Keller (No. 4489) | Jonathan A. Choa (No. 5319) |
| Andrew E. Russell (No. 5382) | Bindu A. Palapura (No. 5370) |
| SHAW KELLER LLP | POTTER ANDERSON & CORROON LLP |
| 300 Delaware Avenue, Suite 1120 | Hercules Plaza |
| Wilmington, DE 19801 | 1313 North Market Street, 6th Floor |
| (302) 298-0700 | P.O. Box 951 |
| jshaw@shawkeller.com | Wilmington, DE 19801 |
| kkeller@shawkeller.com | (302) 984-6000 |
| arussell@shawkeller.com | dmoore@potteranderson.com |
| *Attorneys for Avid Technology, Inc.* | jchoa@potteranderson.com |
| | bpalapura@potteranderson.com |
| Dated: February 28, 2014 | *Attorneys for Harmonic, Inc.* |

SO ORDERED this ___ day of _____, 2014,

_____
Chief United States District Judge