IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AVID TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-1040-GMS |
| | ) | |
| HARMONIC INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER REGARDING POST-TRIAL MOTIONS**

As discussed by the parties, and to accommodate the addition of new counsel engaged to represent plaintiff Avid Technologies, Inc., the parties hereby stipulate and agree, subject to the approval of the Court, that the stipulated filing dates of any motions pursuant to Fed. R. Civ. P. 50 or 59 shall be extended as follows:

1. Opening briefs in support of any such motions shall be filed on or before May 23, 2014.

2. Answering briefs opposing such motions shall be filed on or before August 1, 2014.

3. Reply briefs in further support of such motions shall be filed on or before August 29, 2014.

| | |
|---|---|
| /s/ Andrew E. Russell | /s/ David E. Moore |
| John W. Shaw (No. 3362) | David E. Moore (No. 3983) |
| Karen E. Keller (No. 4489) | Jonathan A. Choa (No. 5319) |
| Andrew E. Russell (No. 5382) | Bindu A. Palapura (No. 5370) |
| SHAW KELLER LLP | POTTER ANDERSON & CORROON LLP |
| 300 Delaware Avenue, Suite 1120 | Hercules Plaza |
| Wilmington, DE 19801 | 1313 North Market Street, 6th Floor |
| (302) 298-0700 | P.O. Box 951 |
| jshaw@shawkeller.com | Wilmington, DE 19801 (302) 984-6000 |
| kkeller@shawkeller.com | dmoore@potteranderson.com |
| arussell@shawkeller.com | jchoa@potteranderson.com |
| *Attorneys for Avid Technology, Inc.* | bpalapura@potteranderson.com *Attorneys for Harmonic, Inc.* |

Dated: April 10, 2014

SO ORDERED this ___ day of _____, 2014,

_____
Chief United States District Judge