IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-1040-GMS ) ) |
| HARMONIC INC., | ) ) |
| Defendant. | ) |

## STIPULATION AND PROPOSED ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to file any motion for attorneys' fees and related nontaxable expenses shall be extended up to and including May 29, 2014. The reason for the extension is to provide the parties with additional time to evaluate the potential bases for any such motion.

SHAW KELLER LLP

By: */s/ John W. Shaw*
    John W. Shaw (#3362)
    Andrew E. Russell (#5382)
    300 Delaware Avenue, Suite 1120
    Wilmington, DE 19801
    (302) 298-0700
    jshaw@shawkeller.com
    arussell@shawkeller.com

*Attorneys for Plaintiff*
*Avid Technology, Inc.*

POTTER ANDERSON & CORROON LLP

By: */s/ Jonathan A. Choa*
    David E. Moore (#3983)
    Jonathan Choa (#5319)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    (302) 984-6000
    dmoore@potteranderson.com
    jchoa@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant*
*Harmonic, Inc.*

    IT IS SO ORDERED this _____ day of _____, 2014.

                                                                   _____
                                                                   United States District Judge

1150523 / 38568