# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-1040-GMS |
| v. | ) |
| | ) |
| HARMONIC INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS Harmonic Inc. has requested an extension of time until June 26, 2014 to file its Redaction Requests for the trial transcripts for the jury trial held on January 23, 2014 through February 4, 2014 (D.I. 169, 170, 171, 172, 173, 174, 175, 176 and 177);

WHEREAS, the parties require additional time to meet and confer on the proposed redactions;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit their Redaction Requests for the trial transcripts in the above captioned matter (D.I. 169, 170, 171, 172, 173, 174, 175, 176 and 177) shall be extended from June 12, 2014 to June 26, 2014 and the Redacted Transcript Deadline shall be extended from June 23, 2014 to July 7, 2014.

| SHAW KELLER LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Andrew E. Russell*<br>    John W. Shaw (#3362)<br>    Andrew E. Russell (#5382)<br>    300 Delaware Avenue, Suite 1120<br>    Wilmington, DE 19801<br>    (302) 298-0700<br>    jshaw@shawkeller.com<br>    arussell@shawkeller.com | By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Jonathan Choa (#5319)<br>    Erich W. Struble (#5394)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    (302) 984-6000<br>    dmoore@potteranderson.com<br>    jchoa@potteranderson.com<br>    estruble@potteranderson.com |
| *Attorneys for Plaintiff Avid Technology, Inc.* | *Attorneys for Defendant Harmonic, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2014.

                                                    _____
                                                                    Chief Judge

1155793 / 38568