IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVID TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-1040-GMS-SRF |
| ) | |
| HARMONIC INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Avid Technology, Inc., Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on April 15, 2014 (D.I. 164), and from all other adverse orders, opinions, decisions and rulings in this case underlying that judgment, including but not limited to this Court's memorandum (D.I. 194) and order (D.I. 195) of December 24, 2014, denying Avid's motions for judgment as a matter of law and new trial.

*Of Counsel*:
Joseph M. Sauer
David B. Cochran
Jones Day
901 Lakeside Avenue
Cleveland, OH 44114
(216) 586-7506

Gregory A. Castanias
Jones Day
51 Louisiana Ave., N.W.
Washington, D.C. 20001
(202) 879-3939

Dated: January 5, 2015

ASHBY & GEDDES

/s/ *John G. Day*
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiff Avid Technology, Inc.*

{00930018;v1 }